UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP(AGRx) | Date | September 9, 2010 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None | None |

**Proceedings:**   In Chambers   **RE: SETTLEMENT CONFERENCE**

    This case has been referred to Magistrate Judge Rosenberg for settlement. Plaintiff's counsel shall contact Magistrate Judge Rosenberg's deputy clerk, Marine Pogosyan, (213) 894-5419, to obtain available dates for a settlement conference. Plaintiff's counsel shall contact Magistrate Judge Rosenberg's deputy clerk with enough time so that the settlement conference date is early enough to comply with any deadlines imposed by the District Judge or the Local Rules of this District. After obtaining available dates from Magistrate Judge Rosenberg's deputy clerk, counsel for the parties shall confer with each other and select one of the settlement conference date selected by parties. Please note that all settlement conferences begin at 1:30 p.m. and are usually conducted on a Monday or Thursday.

    IT IS SO ORDERED.

cc: The Parties

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | mp | | |