UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | October 21, 2010 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | CS 10/21/2010 | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| Alfred E. Augustini | Brant H. Dveirin |
| Joshua B. Wagner | G. Ross Trindle, III |
| Lawrence C. Ecoff | Deborah Drooz |
| | Barbara Schultz |
| | Angela Turner |

**Proceedings:**   **SETTLEMENT CONFERENCE**

Case is called. Counsel state their appearances. Alfred E. Augustini, Esq. appears on behalf of Plaintiffs. Joshua B. Wagner, Esq. appears on behalf of Counter-Defendant 640 South Main Street Partners, LLC. Lawrence C. Ecoff, Esq. appears on behalf of Counter-Defendant HSC Properties, LLC. Also present is representative of HSC Properties, LLC. Herb Chase III. Also present are representatives of 640 South Main Street Properties, Michael C. Ross, William Lanting and Lesley J. Fleming.

Brant H. Dveirin, Esq. , R. Ross Rrindle, III, Esq. and Craig M. Takenaka, Managing Assistant City Attorney, appear on behalf of Defendant City of Los Angeles; Barbara J. Schultz, Esq., Angela Turner, Esq., and Deborah Drooz, Esq. appear on behalf of Intervenors, Counter-Claimants. Also present is representative of Intervenor Counter-Claimants Becky Dennison, and a representative for Defendant City of Los Angeles Rushmore D. Cervantes.

The settlement conference is held of the record.

The second session of the settlement conference between Plaintiffs and Defendant City of Los Angeles is set for November 5, 2010, at 1:30 p.m. in Courtroom "D" - 8th Floor, located at 312 North Spring Street, Los Angeles, California 90012.

| cc: | Judge Dean D. Pregerson | | |
|---|---|---|---|
| | Parties | 4 | 30 |

Initials of Preparer   mp