| | |
|---|---|
| 1 | BRANT H. DVEIRIN, Bar No. 130621 |
| | Brant.Dveirin@bbklaw.com |
| 2 | G. ROSS TRINDLE, III, Bar No. 228654 |
| | Ross.Trindle@bbklaw.com |
| 3 | BEST BEST & KRIEGER LLP |
| | 300 South Grand Avenue, 25th Floor |
| 4 | Los Angeles, California  90071 |
| | Telephone: (213) 617-8100 |
| 5 | Telecopier: (213) 617-7480 |
| 6 | Attorneys for Defendant |
| | CITY OF LOS ANGELES |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC, | Case No.  2:08-CV-03611 DDP (AGRx) |
| | Judge: |
| Plaintiffs, | STIPULATION TO CONTINUE SETTLEMENT CONFERENCE |
| v. | *[Filed concurrently with [Proposed] Order]* |
| CITY OF LOS ANGELES, | |
| Defendant. | |
| LA CAN, a non-profit corporation, ALVIN TAYLOR, and SAVIERO MANISCALO, individuals, | Action Filed:  May 5, 2008 |
| | Action Filed:  June 3, 2008 |
| Counterclaimants, | Settlement Conference: |
| | Date:  November 5, 2010 |
| v. | Time:  1:30 p.m. |
| | Room:  D-8th Floor |
| 640 MAIN STREET PARTNERS, LLC, and HSC PROPERTIES, LLC, | New Date: |
| | Date:  November 17, 2010 |
| Counterdefendants. | Time:  1:30 p.m. |
| | Room:  D-8th Floor |

65035.00001\5742702.2

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

# STIPULATION

COME NOW Plaintiffs, 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC, by and through their counsel of record, the Augustini Law Offices; Defendant City of Los Angeles, by and through its counsel of record, Best Best & Krieger LLP; and hereby agree and stipulate as follows:

1. Counsel for the City of Los Angeles has informed counsel for Plaintiffs' and the Court that the City's representatives are unavailable for a continued Settlement Conference on November 5, 2010, and Plaintiffs have agreed to move the Conference date.

2. The parties stipulate to continue the Settlement Conference, currently on calendar for November 5, 2010, until November 17, 2010, at 1:30 p.m. in Department "D"-8th Floor of the United States District Court for the Central District of California.

IT IS SO STIPULATED:

Dated:   November 4, 2010                BEST BEST & KRIEGER LLP

By: _____
BRANT H. DVEIRIN
G. ROSS TRINDLE, III
Attorneys for Defendant
CITY OF LOS ANGELES

Dated:   November 4, 2010                AUGUSTINI LAW OFFICES

By: _____
ALFRED E. AUGISTINI
Attorneys for Plaintiffs
640 MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC

## STIPULATION

COME NOW Plaintiffs, 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC, by and through their counsel of record, the Augustini Law Offices; Defendant City of Los Angeles, by and through its counsel of record, Best Best & Krieger LLP; and hereby agree and stipulate as follows:

1. Counsel for the City of Los Angeles has informed counsel for Plaintiffs' and the Court that the City's representatives are unavailable for a continued Settlement Conference on November 5, 2010, and Plaintiffs have agreed to move the Conference date.

2. The parties stipulate to continue the Settlement Conference, currently on calendar for November 5, 2010, until November 17, 2010, at 1:30 p.m. in Department "D"-8th Floor of the United States District Court for the Central District of California.

IT IS SO STIPULATED:

Dated: November 4, 2010         BEST BEST & KRIEGER LLP


By: _____
    BRANT H. DVEIRIN
    G. ROSS TRINDLE, III
    Attorneys for Defendant
    CITY OF LOS ANGELES


Dated: November 4, 2010         AUGUSTINI LAW OFFICES


By: _____
    ALFRED E. AUGUSTINI
    Attorneys for Plaintiffs
    640 MAIN STREET PARTNERS,
    LLC and HSC PROPERTIES, LLC