BRANT H. DVEIRIN, Bar No. 130621
Brant.Dveirin@bbklaw.com
G. ROSS TRINDLE, III, Bar No. 228654
Ross.Trindle@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, California  90071
Telephone: (213) 617-8100
Telecopier: (213) 617-7480

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES,<br><br>　　　　Defendant. | Case No.  2:08-CV-03611 DDP (AGRx)<br>Judge:<br><br>ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE<br><br>[*Filed concurrently with Stipulation*] |
| LA CAN, a non-profit corporation, ALVIN TAYLOR, and SAVIERO MANISCALO, individuals,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>640 MAIN STREET PARTNERS, LLC, and HSC PROPERTIES, LLC,<br><br>　　　　Counterdefendants. | Action Filed:　　May 5, 2008<br>Action Filed:　　June 3, 2008<br><br>Settlement Conference:<br>Date:　　November 5, 2010<br>Time:　　1:30 p.m.<br>Room:　　D-8th Floor<br><br>Continued Settlement Conference:<br>Date:　　November 17, 2010<br>Time:　　1:30 p.m.<br>Room:　　D-8th Floor |

65035.00001\5742717.3

[PROPOSED] ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE

# PROPOSED ORDER

Before the Court is Defendant City of Los Angeles' and Plaintiffs 640 South Main Street Partners, et. al.'s Stipulation to Continue the Settlement Conference. Having reviewed the Stipulation filed, and good cause appearing, the Court hereby GRANTS the Stipulation.

The Settlement Conference currently set for November 5, 2010 is continued to November 17, 2010 at 1:30 p.m. in Courtroom "D"-8th Floor of the United States District Court for the Central District of California.

Defendant City of Los Angeles to give notice of the new date.

IT IS SO ORDERED.

Dated: November 5, 2010

*Alicia G. Rosenberg*
United States Magistrate Judge

65035.00001\5742717.3

- 1 -

[PROPOSED] ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE