UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | November 17, 2010 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | CS 11/17/2010 | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: | |
| Alfred E. Augustini<br>Herb Chase, III | Brant H. Dveirin | |

**Proceedings:**   **SETTLEMENT CONFERENCE**

Alfred E. Augustini, Esq. appears on behalf of Plaintiffs. Herb Chase III, Principal with Brooktree Realty Investors, LLC, is also present.

Brant H. Dveirin, Esq. appears on behalf of Defendant City of Los Angeles. Roberto H. Aldape, Assistant General Manager with the Los Angeles Housing Department, is also present.

The second session of the settlement conference between Plaintiffs and Defendant City of Los Angeles is held of the record.

The third session of the settlement conference between Plaintiffs and Defendant City of Los Angeles is set for November 30, 2010, at 1:30 p.m. in Courtroom "D" - 8th Floor, located at 312 North Spring Street, Los Angeles, California 90012.

cc:   Judge Dean D. Pregerson
      Parties                                                                    2      00

Initials of Preparer   mp