UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | November 30, 2010 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | CS 11/17/2010 | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| Alfred E. Augustini | Brant H. Dveirin<br>Deborah Breithaupt<br>Barbara Schultz |

**Proceedings:**   **SETTLEMENT CONFERENCE**

Alfred E. Augustini, Esq. appears on behalf of Plaintiffs. Herb Chase III, Principal with Brooktree Realty Investors, LLC, is also present.

Brant H. Dveirin, Esq. appears on behalf of Defendant City of Los Angeles. Roberto H. Aldape, Assistant General Manager with the Los Angeles Housing Department, and Deborah Breithauptm, Deputy City Attorney for the Housing Division, are present.

Barbara Schultz, Esq. and Becky Dennison, Co-Director of Los Angeles Community Action Network, are present on behalf of Intervenors.

The third session of the settlement conference is held of the record.

The fourth session of the settlement conference regarding residential hotel status only is set for December 9, 2010, at 1:30 p.m. in Courtroom "D" - 8th Floor, located at 312 North Spring Street, Los Angeles, California 90012. Defendant City of Los Angeles need not attend.

cc:   Judge Dean D. Pregerson
      Parties                                                                                  2      00

Initials of Preparer   mp