UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | December 9, 2010 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| Alfred E. Augustini | Barbara Schultz |

**Proceedings:**      **SETTLEMENT CONFERENCE**

Alfred E. Augustini, Esq. appears on behalf of Plaintiffs. Michael C. Ross, Executive Vice President with Grubb & Ellis, is also present.

Barbara Schultz, Esq. and Becky Dennison, Co-Director of Los Angeles Community Action Network, are present on behalf of Intervenors.

The fourth session of the settlement conference is held of the record.

The fifth session of the settlement conference regarding residential hotel status only is set for December 22, 2010, at 1:30 p.m. in Courtroom "D" - 8th Floor, located at 312 North Spring Street, Los Angeles, California 90012. Defendant City of Los Angeles need not attend.

cc:    Judge Dean D. Pregerson
       Parties                                                                    2      00

                                                        Initials of Preparer   mp