UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | December 22, 2010 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| Alfred E. Augustini | Barbara Schultz |

**Proceedings:**     **SETTLEMENT CONFERENCE**

Alfred E. Augustini, Esq. appears on behalf of Plaintiffs. Herb Chase is also present.

Barbara Schultz, Esq. and Becky Dennison, Co-Director of Los Angeles Community Action Network, are present on behalf of Intervenors.

The fifth session of the settlement conference is held of the record.

A telephonic settlement status conference (sixth session) is set for January 19, 2011, at 3:00 p.m., regarding residential hotel status only. On or before January 18, 2011, counsel shall contact the Clerk, Marine Pogosyan, at (213) 894-5419, to provide contact information for the participants in the telephonic conference. Defendant City of Los Angeles need not participate in the conference.

cc:     Judge Dean D. Pregerson
        Parties

|  | 2 | 00 |
|---|---|---|
| Initials of Preparer | mp | |