UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 08-03611-DDP (AGRx) | Date | January 19, 2011 |
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| | |
|---|---|
| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |

| | | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
| Alfred E. Augustini | Barbara Schultz |

**Proceedings:** **SETTLEMENT CONFERENCE**

Alfred E. Augustini, Esq. appears on behalf of Plaintiffs. Herb Chase is also present.

Barbara Schultz, Esq. and Becky Dennison, Co-Director of Los Angeles Community Action Network, are present on behalf of Intervenors.

The sixth session of the settlement conference is held of the record.

On or before January 26, 2011, counsel shall contact the Clerk, Marine Pogosyan, at (213) 894-5419, to provide a date for a settlement conference in February 2011 on the tort claims.

cc: Judge Dean D. Pregerson
Parties

2 : 00

Initials of Preparer mp