Deborah Drooz (State Bar No. 133355)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
DDrooz@bhfs.com
2029 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 500-4600
Facsimile:   (310) 500-4602

BARBARA SCHULTZ (State Bar No. 168766)
LEGAL AID FOUNDATION OF LOS ANGELES
bschultz@lafla.org
1550 W. 8th St.
Los Angeles, CA 90017
Telephone:  (213) 640-3823
Facsimile:   (213) 640-3850

Attorneys for Counterclaimants
Alvin Taylor, Saverio Maniscalco, and LA CAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendants.<br><br>LOS ANGELES COMMUNITY NETWORK,<br><br>Counterclaimant,<br><br>v.<br><br>640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC,<br><br>Counterdefendants. | Case No.  CV 08-03611 DDP (AGRx)<br><br>Assigned to the Honorable Dean D. Pregerson<br><br>**ORDER CONTINUING TRIAL DATE AND RELATED PRE-TRIAL DEADLINES**<br><br><br><br>Action Filed:       May 5, 2008<br>Action Removed: June 3, 2008<br>Trial Date:          August 23, 2011 |

IT IS HEREBY ORDERED that the current cut-off dates per the Scheduling Order are continued as follows:

| | |
|---|---|
| Discovery Cut-Off: | June 13, 2011; |
| Last Day to File Motions: | July 18, 2011; |
| Final Pre-Trial Conf: | November 14, 2011 at 11:00 a.m.; |
| Jury Trial: | December 6, 2011 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: February 01, 2011

THE HONORABLE DEAN D. PREGERSON