UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | February 17, 2011 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| Joshua B. Wagner | Barbara Schultz |

**Proceedings:**      **SETTLEMENT CONFERENCE - SEVENTH SESSION**

Joshua B. Wagner, Esq. appears on behalf of Counter Defendants. William Lanting, President of HotelCo, Lesley Fleming, Director of Legal Affairs of HotelCo, and Michael C. Ross, Executive Vice President of Institutional Capital Markets, are also present.

Barbara Schultz, Esq. and Becky Dennison, Co-Director of Los Angeles Community Action Network, and Deborah Drooz, Esq. are present on behalf of Intervenors. Saverio Maniscalco, Counter Claimant, is also present.

The seventh session of the settlement conference is held of the record.

On or before March 28, 2011, counsel shall contact the Clerk, Marine Pogosyan, at (213) 894-5419, to provide a date for a settlement conference regarding hotel status.

If counsel agree that another session of settlement conference regarding the tort claims would be beneficial for the parties, counsel shall contact the Clerk, Marine Pogosyan to provide a date for a settlement conference regarding the tort claims.

cc:     Judge Dean D. Pregerson
        Parties

|  | 2 | 00 |
|---|---|---|
| Initials of Preparer | mp | |