UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | Case No. <br><br> CV 08-03611 DDP (AGRx) <br><br> **SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, must be completed prior to the discovery cut-off date. All discovery motions must be heard prior to the discovery cut-off date. Counsel are ordered to abide by the dates as set forth in the Rule 26 (f) Report.

///

```
 1
 2
 3      DISCOVERY CUT-OFF 04-04-11
 4      LAST DAY TO FILE MOTIONS 05-06-11
 5      FINAL PRE TRIAL CONFERENCE 08-15-11 at 11:00 a.m.
 6      8 DAY JURY TRIAL 08-23-11 at 9:00 a.m.
 7
 8  Dated: August 10, 2010              _____
                                        DEAN D. PREGERSON
 9                                      United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```