1  Deborah Drooz (State Bar No. 133355)
   BROWNSTEIN HYATT FARBER
2  SCHRECK, LLP
   DDrooz@bhfs.com
3  2029 Century Park East, Suite 2100
   Los Angeles, CA 90067
4  Telephone:  (310) 500-4600
   Facsimile:  (310) 500-4602
5
   BARBARA SCHULTZ (State Bar No. 168766)
6  LEGAL AID FOUNDATION OF LOS ANGELES
   bschultz@lafla.org
7  1550 W. 8th St.
   Los Angeles, CA 90017
8  Telephone:  (213) 640-3823
   Facsimile:  (213) 640-3850
9
   Attorneys for Counterclaimants
10 Alvin Taylor, Saverio Maniscalco, and LA CAN

11               UNITED STATES DISTRICT COURT
12       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
13

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC, | Case No. CV 08-03611 DDP (AGRx) |
| Plaintiffs, | Assigned to the Honorable Dean D. Pregerson |
| v. | **ORDER CONTINUING TRIAL DATE AND RELATED PRE-TRIAL DEADLINES** |
| CITY OF LOS ANGELES, | |
| Defendants. | |
| LOS ANGELES COMMUNITY NETWORK, | |
| Counterclaimant, | Action Filed:    May 5, 2008 |
| v. | Action Removed: June 3, 2008 |
| 640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC, | Trial Date:       August 23, 2011 |
| Counterdefendants. | |

1  IT IS HEREBY ORDERED that the current cut-off dates per the Scheduling
2  Order are continued as follows:
3      Discovery Cut-Off:    June 13, 2011;
4      Last Day to File Motions:    July 18, 2011;
5      Final Pre-Trial Conf:    November 14, 2011 at 11:00 a.m.;
6      Jury Trial:    December 6, 2011 at 9:00 a.m.
7  IT IS SO ORDERED.

9  Dated:    February 01, 2011

10  THE HONORABLE DEAN D. PREGERSON

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067