Deborah Drooz (State Bar No. 133355)
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
DDrooz@bhfs.com
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 500-4600
Facsimile: (310) 500-4602

BARBARA SCHULTZ (State Bar No. 168766)
LEGAL AID FOUNDATION OF LOS ANGELES
bschultz@lafla.org
1550 W. 8th St.
Los Angeles, CA 90017
Telephone: (213) 640-3823
Facsimile: (213) 640-3850

Attorneys for Counterclaimants
Alvin Taylor, Saverio Maniscalco, and LA CAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendants.<br><br>LOS ANGELES COMMUNITY NETWORK,<br><br>Counterclaimant,<br><br>v.<br><br>640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC,<br><br>Counterdefendants. | Case No. CV08-03611 DDP (AGRx)<br><br>Assigned to the Honorable Dean D. Pregerson<br><br>**SUPPLEMENTAL DECLARATION OF DEBORAH DROOZ IN SUPPORT OF COUNTER-CLAIMANTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES SET FORTH IN SCHEDULING ORDER DATED FEBRUARY 1, 2011**<br><br>Action Filed:    May 5, 2008<br>Action Removed: June 3, 2008<br>Trial Date:     December 6, 2011 |

I, Deborah Drooz, state and declare:

1. I am over the age of 18 and competent to make this declaration. I am an attorney at the law firm of Brownstein Hyatt Farber Schreck LLP, counsel for Counterclaimants in this action. I have knowledge of the facts stated herein and if called as witness could and would testify competently thereto.

2. I make this Supplemental Declaration in Support of Counterclaimants" Ex Parte Application for Order to Shorten Time on Motion to Extend Deadlines and Motion thereon, filed June 2, 2011.

3. The purpose of this Declaration is twofold. First, after the filing of Counterclaimants' above-referenced Ex Parte Application, I received a phone call from counsel for Counterdefendant 640 Main Street Partners. Counsel graciously agreed to sign the earlier-circulated stipulation re extending the deadlines in the February 1, 2011 Scheduling Order. A true copy of the stipulation, which now bears the signatures of both the City of Los Angeles counsel and 640 Main Street Partners' counsel, is attached hereto as Exhibit A.

4. Second, I have received and reviewed the City of Los Angeles declaration in support of our Ex Parte Application and Motion re Extension, filed June 6, 2011. In that declaration, the City's counsel observed that there appears to be a conflict between the Court's February 1, 2011 Scheduling Order and the Court's Order that the parties abide by the time-frames prescribed by the operative Rule 26 Report. Attached hereto as Exhibit B for the Court's convenience is a copy of The City's declaration.

5. I have reviewed the Orders referred to in the City's declaration. Having done so, I agree that there is confusion about the relevant dates.

6. Given that the City, the counterclaimants and counterdefendant 640 Main Street Partners all agree that there is good cause to extend the dates in the Scheduling Order, and in the interest of clarifying the uncertainty that currently exists regarding the actual cut-off dates, we again ask that the Court to issue an order

extending all the dates in the scheduling order by 60 days.

I declare under penalty of perjury under the State of California and the United States of America that the foregoing is true and correct.

Executed this 8th day of June, 2011 at Los Angeles, California.

/s/ Deborah Drooz
Deborah Drooz

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

# EXHIBIT "A"

1  Deborah Drooz (State Bar No. 133355)
   BROWNSTEIN HYATT FARBER
2  SCHRECK, LLP
   DDrooz@bhfs.com
3  2029 Century Park East, Suite 2100
   Los Angeles, CA 90067
4  Telephone:  (310) 500-4600
   Facsimile:   (310) 500-4602
5
   BARBARA SCHULTZ (State Bar No. 168766)
6  LEGAL AID FOUNDATION OF LOS ANGELES
   bschultz@lafla.org
7  1550 W. 8th St.
   Los Angeles, CA 90017
8  Telephone:  (213) 640-3823
   Facsimile:   (213) 640-3850
9
   Attorneys for Counterclaimants
10 Alvin Taylor, Saverio Maniscalco, and LA CAN

11                    UNITED STATES DISTRICT COURT
12          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
13

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>      Defendants.<br><br>LOS ANGELES COMMUNITY NETWORK,<br><br>      Counterclaimant,<br><br>v.<br><br>640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC,<br><br>      Counterdefendants. | Case No.  CV08-03611 DDP (AGRx)<br><br>Assigned to the Honorable Dean D. Pregerson<br><br>**JOINT STIPULATION CONTINUING TRIAL DATE AND RELATED PRE-TRIAL DEADLINES**<br><br><br><br><br><br>Action Filed:      May 5, 2008<br>Action Removed: June 3, 2008<br>Trial Date:          December 6, 2011 |

JOINT STIPULATION CONTINUING TRIAL DATE AND RELATED PRE-TRIAL DEADLINES

EXHIBIT A - 4

## STIPULATION

TO THE HONORABLE COURT:

Plaintiffs 640 South Main Street Partners, LLC and HSC Properties LLC ("Plaintiffs"), by and through their counsel of record; Defendant City of Los Angeles ("Defendant"), by and through its counsel of record; Interveners/Counterclaimants, by and through their counsel of record; and Counter-Defendants 640 South Main Street Partners, LLC and HSC Properties LLC ("Counter-Defendants"), by and through their counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, the current discovery cut-off in this matter is June 13, 2011, and

2. WHEREAS the parties have been diligently engaged in settlement negotiations including several sessions with the Magistrate and are continuing to work toward resolution, and

3. WHEREAS, as a consequence of these settlement efforts, discovery has not been completed and several key depositions have yet to be conducted, and at least one discovery dispute has yet to be resolved, and

4. WHEREAS the parties require an additional sixty (60) days to complete the discovery needed to prepare for trial in the event that settlement cannot be reached and this matter goes to trial, and

5. WHEREAS no prejudice will occur to any party if the additional time is granted,

6. NOW THEREFORE, It is hereby stipulated, by and between the parties hereto, through their respective attorneys of record, that the discovery cut-off, currently set for June 13, 2011, shall be extended sixty (60) days until and including August 12, 2011, and all related dates and deadlines, including the date of trial, shall be extended by an and equal amount of time as follows:

7. This Court's scheduling order, entered last August, presently provides:

JUN-08-2004 22:23 From:                                                    To:3105004602         P.4/5

|  | Current Date | Date After Proposed Extension |
|---|---|---|
| Discovery Cut-Off | June 13, 2011 | August 12, 2011 |
| Last day to File Motions | June 18, 2011 | August 17, 2011 |
| Final Pre-Trial Conference | November 14, 2011 | January 13, 2012 |
| Jury Trial | December 6, 2011 | February 6, 2012 |

Dated: May 16, 2011

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:_____

DEBORAH DROOZ, ESQ.
BARBARA SCHULTZ, ESQ.
Attorneys for Counterclaimants
Alvin Taylor, Saverio Maniscalco,
and LA CAN

Dated: May __, 2011

BEST BEST & KRIEGER LLP

By: /s/_____

BRANT H. DVEIRIN, ESQ.
G. ROSS TRINDLE III, ESQ.
Attorneys for Defendant, City of Los Angeles

---

2

JOINT STIPULATION CONTINUING TRIAL DATE AND RELATED PRE-TRIAL DEADLINES

EXHIBIT H - 41

| | | |
|---|---|---|
| 1 | Dated: May ___, 2011 | AUGUSTINI LAW OFFICES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ALFRED E. AUGUSTINI, ESQ. |
| | | Attorneys for Plaintiffs, 640 South |
| 5 | | Main Street Partners, LLC and HSC |
| | | Properties LLC (Main Action) |
| 6 | June 7, 2011 | |
| 7 | Dated: ~~May~~ ___, 2011 | GORDON & REES, LLP |
| 8 | | |
| 9 | | By: _____/s/_____ |
| | | SAT SANG S. KHALSA, ESQ. |
| 10 | | Attorneys for Counter-Defendant 640 |
| | | South Main Street Partners, LLC |
| 11 | | |
| 12 | Dated: May ___, 2011 | ECOFF, LAW & SALOMONS, LLP |
| | May 16, 2011 | |
| 13 | | |
| 14 | | By: _____ |
| 15 | | LAWRENCE E. ECOFF, ESQ. |
| | | PHILIP NEVINNY, ESQ. |
| 16 | | Attorneys for Counter-Defendant |
| | | HSC Properties, LLC |

(left margin: BROWNSTEIN HYATT FARBER SCHRECK, LLP / 2029 Century Park East, Suite 2100 / Los Angeles, CA 90067)

3

JOINT STIPULATION CONTINUING TRIAL DATE AND RELATED PRE-TRIAL DEADLINES

# EXHIBIT "B"

BRANT H. DVEIRIN, Bar No. 130621
brant.dveirin@bbklaw.com
G. ROSS TRINDLE III, Bar No. 228654
ross.trindle@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 617-8100
Facsimile: (213) 617-7480

Attorneys for Defendant
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC AND HASC PROPERTIES (CECIL) LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | Case No. CV08-03611 DDP (AGRx)<br>Judge: Hon. Dean D. Pregerson<br><br>**DECLARATION OF BRANT H. DVEIRIN (1) IN SUPPORT OF COUNTERCLAIMANTS'** ***EX PARTE*** **APPLICATION AND MOTION FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES; (2) COUNTERCLAIMANTS' MOTION TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES; AND (4) REQUEST FOR CLARIFICATION OF PRE TRIAL CUT- OFF AND OTHER DATES**<br><br>Action Filed: May 5, 2008<br>Trial Date: December 6, 2011 |

65035.00001\6046201.5

DECLARATION BRANT H. DVEIRIN IN SUPPORT OF COUNTERCLAIMANTS' EX PARTE, REQUEST FOR CLARIFICATION

I, Brant H. Dveirin, declare:

1. I am an attorney with the law firm of Best, Best & Krieger, LLP, attorneys for Defendant City of Los Angeles in this case. As such, I have personal knowledge of the following facts, and if called upon to do so, I would testify to these facts.

2. The City of Los Angeles is in support of Counter-Claimants' *Ex Parte* Application, Motion for an Order Shortening Time and Motion to Continue Discovery Cut-Off and Related Dates. This declaration is also submitted to request clarification on the scheduling dates in this case.

3. Attached to this declaration as Exhibit "A" is a true and correct copy of the Joint Report pursuant to FRCP 26(f) filed on August 12, 2009. In that report, the parties agreed to a schedule of pre trial related dates. The dates are set forth on pages 9 and 10, subparagraph H, which states as follows:

"The parties propose the following schedule for this action.

(1) Last day to file motions to add a new party: **120 days after scheduling conference.**

(2) Designation of Experts for affirmative use: **FRCP 26/90 days before trial.**

(3) Designation of Rebuttal Experts: **FRCP 26/30 days after affirmative designation.**

(4) Close of Fact Discovery: **30 days before trial.**

(5) Disclosure of Expert Testimony of affirmative use: **FRCP 26/90 days before days before trial.**

(6) Disclosure of Rebuttal Expert Testimony: **FRCP 26/30 days after affirmative designation.**

(7) Close of Expert Discovery: **15 days before trial.**

(8) Last day to file Dispositive Motions: **120 days before trial.**

(9) Last day to file Discovery Motions: **20 days before trial.**

65035.00001\6046201.5                    - 1 -     DECLARATION BRANT H. DVEIRIN IN SUPPORT OF COUNTERCLAIMANTS' EX PARTE, REQUEST FOR CLARIFICATION

(10) Pretrial Conference: **30 days before trial.**

(11) Trial Date: approximately one year: **August 14, 2010."**

4. As I recall, the court did not set any dates at this time, and continued the Scheduling Conference to allow for settlement efforts.

5. On May 17, 2010, parties filed a Supplemental Joint Report, a true and correct copy of which is attached hereto as Exhibit "B," which sets forth a proposed case schedule the same as Exhibit "A", but with a later trial date. The schedule is set forth on pages 2 and 3, subparagraph A, which states as follows:

"The City and Plaintiffs propose the following schedule for this action:

(1) Last day to file motions to add new party: **120 days after scheduling conference.**

(2) Designation of Experts for affirmative use: **FRCP 26/90 days before trial.**

(3) Designation of Rebuttal Experts: **FRCP 26/30 days after affirmative designation.**

(4) Close of Fact Discovery: **30 days before trial.**

(5) Disclosure of Expert Testimony for affirmative use: **FRCP 26/90 days before trial.**

(6) Disclosure of Rebuttal Expert Testimony: **FRCP 26/30 days after affirmative designation.**

(7) Close of Expert Discovery: **15 days before trial.**

(8) Last day to file Dispositive Motions: **120 days before trial.**

(9) Last day to file Discovery Motions **20 days before trial.**

(10) Pretrial Conference: **30 days before trial.**

(11) Trial Date: approximately 90 days plus one year: **August 2, 2011."**

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

65035.00001\6046201.5   - 2 -   DECLARATION BRANT H. DVEIRIN IN SUPPORT OF COUNTERCLAIMANTS' EX PARTE REQUEST FOR CLARIFICATION

EXHIBIT B - 11

6. As I recall, the court did not set a date at this time, also to allow for continued settlement, but did set dates pursuant to the parties request at a later conference with the court. As I recall, at this later conference, the parties requested and the court agreed, to abide by the dates in the Rule 26 (f) Report.

7. On August 10, 2010, the Court filed a Scheduling Order, a true and correct copy of which is attached here as Exhibit "C". Of note, the order states that "Counsel are ordered to abide by the dates as set forth in the Rule 26 (f) Report." The Court also set forth four dates for discovery cut-off, last day to file motions, final pretrial conference and jury trial date of August 23, 2011. Of note, the discovery cut off and final motion dates conflicted with dates counsel agreed upon in the Rule 26 Report. I do not recall that I noticed the conflict at that time.

8. Attached here as Exhibit "D" is a true and correct copy of the Court's order dated February 1, 2011, continuing the pretrial dates, as I recall, pursuant to a stipulation between by the parties. The Order specifically states that "the current cut-off date per the Scheduling Order are continued ..." and continues the dates for discovery cut-off to June 13, 2011, the motion cut-off to July 18, 2011, and sets a final pretrial conference date of November 14, 2011 and set the current jury trial date for December 6, 2011.

9. I interpret the Court's Scheduling Order, which is Exhibit "C," as ordering the parties are to abide by the dates in the Rule 26(f) Report, which sets all the pretrial dates based on a certain number of days prior to the trial date. I now note that the discovery cut-off dates in the Court's orders conflict with what is set forth in the Rule 26 (f) Report. For example, the close of fact discovery is 30 days before trial in the Rule 26 Report, whereas the cut-off in the February 1, 2011 order is much earlier, on June 13, 2011. The cut-off date for motions in the Rule 26 Report is 120 days before trial, whereas in the February 1 order, it is much earlier on July 18, 2011. The Rule 26 Report cut-off dates of 30 days and 120 days before trial, for discovery and motions, makes much more sense, than the June 13, 2011

65035.00001\6046201.5      - 3 -      DECLARATION BRANT H. DVEIRIN IN SUPPORT OF COUNTERCLAIMANTS' EX PARTE, REQUEST FOR CLARIFICATION

1  and July 18. 2011 dates in the February 1 order, which are 6 and 5 months, respectively, before the trial date of December 6, 2011.

10. The Rule 26 Report also sets forth all the necessary dates for expert discovery, exchange of identity of experts and expert reports, etc., whereas the court's orders contain no specific dates for expert discovery, thus indicating that the court intended the parties to abide by the agreed dates in the Rule 26 Report.

11. I believe that the court intended for the parties to abide by the agreed dates in the Rule 26 Report and not the June 13, 2011 and July 18. 2011 cut-off dates in the court's orders. As a result, clarification is needed. Also, if the June 13 and July 18 dates apply, those dates need to be continued, as they are too soon before the trial date, as the parties have been involved in extensive settlement efforts over an extended time which are ongoing, and there has to date been limited discovery to date, and no expert discovery. The settlement efforts, both with and without the Magistrate, are ongoing, the exchange of settlement agreements just occurred last week, red lines changes were exchanged, etc., and more time is needed for pre trial tasks if this case does not settle.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of June, 2011 in Los Angeles, California.

_Brant H. Dveirin_

65035.00001\6046201.5

- 4 -

DECLARATION BRANT H. DVEIRIN IN SUPPORT OF COUNTERCLAIMANTS' EX PARTE, REQUEST FOR CLARIFICATION