O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | Case No. CV 08-03611 DDP (AGRx) <br><br> **ORDER GRANTING COUNTERCLAIMANTS' EX PARTE APPLICATION TO SHORTEN TIME AND MOTION TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES** <br><br> [Matters filed on June 2, 2011] <br> [term docket numbers 156 & 157] |

On June 2, 2011, Counterclaimants Los Angeles Community Action Network, Saverio Maniscalo, and Alvin Taylor (collectively, "Counterclaimants") applied, ex parte, for an order shortening time on an underlying motion to continue discovery cut-off dates. Plaintiff 640 Main Street Partners, LLC ("640 Main Street) does not oppose an extension of the discovery dates with respect to Counterclaimants. (Declaration of Deborah Drooz in Support of Counterclaimants' Motion to Continue Discovery Cut-Off ¶ 18.)

Though 640 Main Street does not oppose an extension with respect to Counterclaimants, it appears that 640 Main Street does oppose the extension with respect to Defendant City of Los Angeles,

```
 1  and would have separate discovery deadlines apply to each party.
 2  (Drooz Dec. ¶ 18).  The court declines to impose separate or
 3  differing cut-off dates.  Accordingly, Counterclaimants' Ex Parte
 4  Application for an Order Shortening Time is GRANTED.
 5  Counterclaimants' Motion to Extend Discovery Cut-Off and Related
 6  Dates is submitted and GRANTED.  The dates are continued, with
 7  respect to all parties, as follows:
```

| | |
|---|---|
| Discovery Cut-Off: | August 12, 2011 |
| Motion Cut-Off: | September 16, 2011 |
| Final Pre-Trial Conference: | January 23, 2012 at 11:00 a.m. |
| 8 Day Jury Trial: | February 7, 2012 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: June 14, 2011

DEAN D. PREGERSON
United States District Judge