1  **AUGUSTINI LAW OFFICES**
2  Alfred E. Augustini      SBN 43204
   alaugie@alaugie.com
3  515 S. Figueroa St., Ste. 321
   Los Angeles, CA 90071
4  Tel: 213-629-8888
   Fax: 213-688-7600
5
6  **GORDEE, NOWICKI & AUGUSTINI LLP**
   Jeff Augustini       SBN 178358
   jaugustini@gna-law.com
7  8105 Irvine Center Dr., Ste. 870
   Irvine CA 92618
8  Tel: 949-567-9923
   Fax: 949-567-9923
9
10  Attorneys for Plaintiffs:
    640 SOUTH MAIN STREET PARTNERS, LLC, AND
11  HSC PROPERTIES, LLC

12  **UNITED STATES DISTRICT COURT**
13  **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| 14  640 SOUTH MAIN STREET PARTNERS, LLC AND HSC PROPERTIES, LLC, | Case No. 08-cv-3611–DDP-JTL |
| 15 | Magistrate Judge: Hon. Alicia G. Rosenberg |
| 16              Plaintiffs, | |
| 17      vs. | **DISCOVERY MATTER** |
| 18  CITY OF LOS ANGELES, | **DECLARATION OF ALFRED E. AUGUSTINI IN OPPOSITION TO COUNTERCLAIMANTS'** *EX PARTE* **APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL PMK DEPOSITIONS** |
| 19              Defendant. | |
| 20  LA CAN, a non-profit corporation, ALVIN TAYLOR, AND SAVERIO MANISCALCO, individuals. | |
| 21 | |
| 22              Counterclaimants, | Action Filed:        May 5, 2008 |
| 23      vs. | Action Removed:   June 3, 2008 |
| 24  640 SOUTH MAIN STREET PARTNERS, LLC AND HSC PROPERTIES, LLC, | Discovery Cut-Off: August 12, 2011 |
| 25 | Trial Date:          February 7, 2012 |
| 26              Counterdefendants. | |

27
28

- 1 -

**DECLARATION OF ALFRED E. AUGUSTINI**

AUGUSTINI LAW OFFICES
ATTORNEYS AT LAW

1    I, Alfred E. Augustini, having been duly admitted to practice before the courts

2    of the State of California and the bar of this Court, declare under the penalty of

3    perjury as follows:

4        1.    I am lead counsel for Plaintiffs 640 South Main Street Partners, LLC

5    and HSC Partners, LLC ("Plaintiffs") in this action, and submit this declaration in

6    opposition to Counterclaimants' *Ex Parte* Application for an order shortening the

7    normal 28-day time period for the hearing on Counterclaimants' Motion to Compel

8    re certain PMK depositions of Plaintiffs and Counterdefendants. In these action, my

9    office represents the Plaintiffs, but each Counterdefendant is represented by

10   separate counsel.

11

12       2.    I have personal knowledge of each fact specified herein, and if called

13   upon to do so, I could and would testify to such facts.

14

15       3.    The Counterclaimants' pending *ex parte* application was filed with

16   virtually no prior notice, and at an inconvenient time since I'm presently devoting

17   the bulk of my time to preparing for a June 30th mediation conference ordered by

18   Magistrate Rosenberg to finalize the complex and intricate draft settlement

19   agreement to resolve the pending disputes between the City and Plaintiffs. This

20   conference will hopefully end a long, torturous process that has already taken more

21   than a year and eight separate mediation sessions with the Magistrate.

22       4.    Accordingly, and because the Court is generally aware of the two

23   substantial pending discovery disputes regarding Counterclaimants' PMK

24   deposition notices and Requests for Production of Documents, I will not in this

25   Declaration belabor the history of this action, nor address the extensive memoranda

26   and hundreds of pages of exhibits filed by Counterclaimants in support of their

27   motion to compel the PMK depositions. I will leave those matters to Plaintiffs'

28   opposition to the merits of Counterclaimants' motion to compel, which I hope to be

- 2 -

**DECLARATION OF ALFRED E. AUGUSTINI**

1   able to file according to normal discovery motion deadlines. Instead, I herein

2   address solely the lack of good cause for Counterclaimants' pending *ex parte*

3   application to shorten the normal 28-day notice period for the hearing on their

4   motion to compel, and highlight the reasons the Court should deny that request, and

5   set the hearing on Counterclaimants' pending motion to compel on normal notice.

## The Pending Discovery Disputes

8       5.    As the Court is aware, Counterclaimants previously served both

9   Plaintiffs and Counterdefendants with two separate but overlapping and interrelated

10   sets of discovery. The first discovery set consists of four PMK deposition notices of

11   Plaintiffs-Counterdefendants, each of which covers numerous subject matters over a

12   time period of several years, including years before Plaintiffs-Counterdefendants

13   acquired the Cecil Hotel. Copies of the four PMK deposition notices are attached

14   hereto as Exhibit A. The second discovery set consists of two Requests To Produce

15   Documents, seeking 38 separate requests, which Counterclaimants served on

16   Plaintiffs-Counterdefendants, and which Requests generally track the same subject

17   matters and time periods as those in Counterclaimants' PMK deposition notices. A

18   copy of these RFP notices are attached hereto as Exhibit B.

19       6.    Plaintiffs and Counterdefendants filed a host of objections to these two

20   sets of discover, all of which objections are interrelated. The parties have met and

21   conferred on numerous occasions, and agreed there had reached an impasse and

22   agreed Counterclaimants would be required to file motions to compel on both sets

23   of discovery – PMK depositions and RFPs. Counterclaimants counsel did suggest

24   the parties proceed by means of a "joint stipulation," and I agreed. Counsel for

25   Counterclaimants, however, served me with only with her proposed joint stipulation

26   for the PMK depositions dispute, while promising to quickly provide me with

27   another proposed joint stipulation for the RFP dispute. Unfortunately, (1) counsel's

28   proposed joint stipulation for the PMK depositions dispute did not comply with

AUGUSTINI LAW OFFICES
ATTORNEYS AT LAW

- 3 -

**DECLARATION OF ALFRED E. AUGUSTINI**

Local Rules and was incomplete with blank footnotes and other omissions, and (2), counsel failed to provide the promised proposed joint stipulation for the RFPs dispute.

7.   As a result, Counterclaimants' counsel, in late May, complained the then-scheduled discovery cutoff deadline, June 13th, was imminent, and suggested Plaintiffs were trying to "run out the clock" on Counterclaimants' motions to compel. To assuage Counterclaimants' concerns, I confirmed to Counterclaimants' counsel in writing that Plaintiffs would *stipulate* that the discovery cut-off deadline would not apply to Counterclaimants' pending PMK/RFP discovery disputes. However, Counterclaimants' counsel rejected my proposed stipulation, and advised that she intended to file an *ex parte* motion with Judge Pregerson to extend the discovery cutoff date to allow her to file her motions to compel on regular notice, with ample time to complete the desired discovery before the new discovery cut-off date.

8.   On June 2nd, Counterclaimants filed their *ex parte* application with Judge Pregerson to extend the discovery cut-off and other related dates. Plaintiffs and Counterdefendants *did not oppose* Counterclaimants' *ex parte* application, and on June 14th Judge Pregerson issued an order (1) extending all the deadlines by about 60 days – the very extensions Counterclaimants had requested, and (2) extending the discovery cut-off deadline from June 13th to the date Counterclaimants had requested: August 12th.

9.   However, Counterclaimants, who had sat on their hands from late May, simply continued to sit on their hands for another 10 days, taking no action to move to compel discovery until June 23rd. On that date, Counterclaimants – almost two months after they complained time was running out, and 21 days after they filed their request to extend the discovery cut-off deadline, and 10 days after their requested extension was granted – filed their present motion to compel regarding the PMK depositions, together with their *ex parte* application to shorten time for the

- 4 -

DECLARATION OF ALFRED E. AUGUSTINI

1    hearing on that motion. Importantly, the 21-day hiatus between June 2nd and June

2    23rd was not needed by Counterclaimants' counsel to prepare their present motion

3    to compel. The motion to compel which Counterclaimants just filed is substantially

4    identical to the "joint stipulation" which Counterclaimants' counsel emailed to me

5    on May 9th.

6        10.    What ground do Counterclaimants give in their *ex parte* application to

7    justify their request for extraordinary relief? They claim: "This Application is made

8    on the ground that, absent the Order Shortening Time requested herein, the

9    discovery cut-off – currently set for August 12, 2011 – will have passed before the

10   instant disputes are resolved through motions and hearings under normal

11   deadlines." [Memo P&As, p. 1; lns. 9-12]

12       11.    Ignoring the fact that Counterclaimants were negligent in sitting on

13   their hands for weeks after threatening to file their motions to compel, and further

14   ignoring Counterclaimants' implicit complaint they were negligent for not having

15   sought a long enough extension – Counterclaimants' ground is without merit.

16   Assuming Counterclaimants' pending motion to compel is heard on regular 28-day

17   notice, the scheduled hearing date would be July 21st – a full three weeks before the

18   new discovery cut-off deadline. Certainly Counterclaimants cannot contend with a

19   straight face that any depositions ordered pursuant to their motion to compel – four

20   depositions each of which is limited to 3 days cannot be completed in 21 days.

21       12.    Plaintiffs suggest there is a simple explanation for Counterclaimants to

22   have sat on their hands for a month, and then failing to file any motion to compel as

23   to the RFP issues. As Counterclaimants previously admitted to the Court, they have

24   been using the PMK deposition disputes as a justification for their refusal to

25   produce their individual clients for their depositions. The Court already advised

26   Counterclaimants the PMK disputes are not a valid excuse for stonewalling the

27   Intervenors' depositions – but Counterclaimants have continued to use the delays in

28

AUGUSTINI LAW OFFICES
ATTORNEYS AT LAW

**DECLARATION OF ALFRED E. AUGUSTINI**

1    resolving the PMK issues – delays they themselves have caused – as a continuing,

2    if improper, ground for blocking their own clients' depositions.

3        13.    In this regard, Counterclaimants, in violation of this Court mediation

4    order, have refused to meet and confer to expedite the discovery Counterdefendant

5    640 South Main has been seeking for months from Intervenors, and which the

6    Magistrate previously ordered be expedited to help promote settlement of the

7    Intervenors' claims.

8        14.    Having, for tactical reasons, delayed the filing their pending motion to

9    compel for weeks in an effort to improperly delay the Intervenors' deposition, and

10    having obtained the very discovery cut-off deadline they requested,

11    Counterclaimants have created the very "alleged problem" of which they now

12    complain. Even so, Counterclaimants have not and cannot show good cause for

13    requiring Plaintiffs-Counterdefendants to respond on an expedited basis to

14    Counterclaimants, massive motion to compel, which is comprised of hundreds of

15    pages of argument and exhibits. Although Plaintiffs contend the bulk of that

16    material is irrelevant, Plaintiffs must still deal with this material and it is unfair to

17    require Plaintiffs to do so on less than regular notice.

18        15.    Accordingly, Plaintiffs respectfully request that Counterclaimants *ex*

19    *parte* application to shorten time be denied, and the pending motion to compel be

20    set for hearing on 28 days notice.

21

22        I declare under the penalty of perjury that the foregoing is true and correct.

23    Executed this 27th day of June, 2011 at Los Angeles, California.

24

25

26                                          _____

                                                    Alfred E. Augustini

27

28

AUGUSTINI LAW OFFICES
ATTORNEYS AT LAW

- 6 -

# EXHIBIT A

1  Deborah Drooz (State Bar No. 133355)
   BROWNSTEIN HYATT FARBER
2  SCHRECK, LLP
   DDrooz@bhfs.com
3  2029 Century Park East, Suite 2100
   Los Angeles, CA  90067
4  Telephone:   (310) 500-4600
   Facsimile:   (310) 500-4602
5
   BARBARA SCHULTZ (State Bar No. 168766)
6  LEGAL AID FOUNDATION OF LOS ANGELES
   bschultz@lafla.org
7  1550 W. 8th St.
   Los Angeles, CA 90017
8  Telephone:  (213) 640-3823
   Facsimile:  (213) 640-3850
9
   Attorneys for Counterclaimants
10 Alvin Taylor, Saverio Maniscalco, and LA CAN

11              UNITED STATES DISTRICT COURT

12     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

13

14

15 | 640 SOUTH MAIN STREET | Case No.  CV08-03611 DDP (JTLx)
   | PARTNERS, LLC and HSC |
16 | PROPERTIES, LLC, | Assigned to the Honorable Dean D. Pregerson
17 |          Plaintiffs, | **NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**
18 | v. |
19 | CITY OF LOS ANGELES, |
20 |          Defendants. |
21 | LOS ANGELES COMMUNITY NETWORK, | Date:        March 18, 2011
   | | Time:        9:00 a.m.
22 |          Counterclaimant, | Location:    Brownstein Hyatt Farber Schreck LLP
23 | v. | 2029 Century Park East Suite 2100
24 | 640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC, | Los Angeles, CA  90067
25 | |
   | | Action Filed:      May 5, 2008
26 |          Counterdefendants. | Action Removed: June 3, 2008
   | | Trial Date:        None
27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT pursuant to FED. R. CIV. P. 30(b)(6),

3  counterclaimants Alvin Taylor, Saverio Maniscalco, and LA CAN will take the

4  deposition upon oral examination of the individual(s) designated by

5  Plaintiff/Counterdefendant, HSC Properties, LLC, to testify on its behalf.

6    NOTICE IS FURTHER GIVEN THAT the deposition will take place on

7  March 18, 2011 at 9:00 a.m. and continuing from day to day, weekends and holidays

8  excepted, until concluded at the law offices of Brownstein Hyatt Farber Schreck LLP,

9  2029 Century Park East, Suite 2100, Los Angeles, California 90067.  The deposition

10  will be taken before a certified court reporter or other officer authorized to administer

11  oaths.

12    **DESIGNATED MATTERS FOR EXAMINATION**

13    HSC Properties, LLC is hereby requested and required, pursuant to FED. R.

14  CIV. P. 30(b)(6), to designate and produce a person or persons most knowledgeable to

15  testify on behalf of HSC Properties, LLC, on the following matters:

16    I.    <u>Ownership structure of the Hotel, including but not limited to</u>:

17        a.    Identities and current whereabouts of all individuals and/or

18              entities who held or hold any ownership interest in either (i) the

19              Cecil Hotel or (ii) in entities (including but not limited to Limited

20              Liability Companies) that hold or held an ownership interest in the

21              Hotel at any time between May 1, 2006 to present;

22        b.    The legal relationship (i.e., as, for example, general or limited

23              partner, shareholder, director, etc.) between and among all

24              individuals and/or entities who hold or held an equity interest or

25              debt interest in the Hotel, including without limitation the

26              identities of all general and/or limited partners, officers, directors

27              and/or principal shareholders in said ownership entities;

28        c.    The identities and job descriptions of management personnel of

*BROWNSTEIN HYATT FARBER SCHRECK, LLP*
*2029 Century Park East, Suite 2100*
*Los Angeles, CA 90067*

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

the Hotel, from May 1, 2006 to present;

d.    Any other matters relating to the ownership structure of the Hotel that are relevant to the issues in the instant case.

Dated:    March 4, 2011

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
DEBORAH DROOZ
BARBARA SCHULTZ
Attorneys for Counterclaimants
ALVIN TAYLOR, SAVERIO
MANISCALCO, AND LA CAN

3

# **PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is 2029 Century Park East, Suite 2100, Los Angeles, California 90067. On March 4, 2011, I served the within document(s):

NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐   by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒   by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒   By personally transmitting the document(s) via electronic service to the e-mail address(es) set forth below on this date.

addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 4, 2011, at Los Angeles, California.

_____
Colleen DeLee

4

SERVICE LIST

640 South Main Partners, LLC et al v. City of Los Angeles
U.S.D.C. Case No. 2:08-cv-03611-DDP-JTL

Brant H. Dveirin
G. Ross Trindle, III, Esq.
Juanita Estella Mantz, Esq.
Best Best & Krieger
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Tel: (213) 617-8100
Fax: (213) 617-7480
Email: brant.dveirin@bbklaw.com
Email: ross.trindle@bblklaw.com
Email: Juanita.mantz@bbklaw.com

Joshua B. Wagner
Christopher R. Murphy
Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071
Tel.: (213) 576-5000
Fax: (213) 680-4470
Email: jwagner@gordonrees.com
Email: cmurphy@gordonrees.com

Alfred E. Augustini, Esq.
Nazila Danesh, Esq.
Augustini Law Offices
515 S. Figueroa St., Ste. 321
Los Angeles, CA  90071
Tel: (213) 629-8888
Fax: (213) 688-7600
Email: alaugie@alaugie.com
Email: nazy@dd-llp.com

Jeff Augustini, Esq.
Gordee, Nowicki & Augustini LLP
8105 Irvine Center Drive, Suite 870
Newport Beach, CA  92615
Tel: (949) 567-9923
Fax: (949) 567-9928
Email: jaugustini@gna-law.com

Barbara Schultz, Esq.
Legal Aid Foundation of Los Angeles
1550 W. 8th Street
Los Angeles, CA  90017
Tel: (213) 640-3823
Fax: (213) 640-3850
Email: bschultz@lafla.org

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA  90067

1   Deborah Drooz (State Bar No. 133355)
2   BROWNSTEIN HYATT FARBER SCHRECK, LLP
    DDrooz@bhfs.com
3   2029 Century Park East, Suite 2100
    Los Angeles, CA  90067
4   Telephone:  (310) 500-4600
    Facsimile:   (310) 500-4602
5
6   BARBARA SCHULTZ (State Bar No. 168766)
    LEGAL AID FOUNDATION OF LOS ANGELES
    bschultz@lafla.org
7   1550 W. 8th St.
    Los Angeles, CA 90017
8   Telephone:  (213) 640-3823
    Facsimile:   (213) 640-3850
9
    Attorneys for Counterclaimants
10  Alvin Taylor, Saverio Maniscalco, and LA CAN

11                    UNITED STATES DISTRICT COURT

12        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

13

14  640 SOUTH MAIN STREET              Case No.  CV08-03611 DDP (JTLx)
15  PARTNERS, LLC and HSC
    PROPERTIES, LLC,                   Assigned to the Honorable Dean D.
16                                     Pregerson
                  Plaintiffs,
17                                     NOTICE OF DEPOSITION
    v.                                 PURSUANT TO FED. R. CIV. P.
18                                     30(b)(6)
    CITY OF LOS ANGELES,
19
                  Defendants.
20
    LOS ANGELES COMMUNITY             Date:      March 18, 2011
21  NETWORK,                          Time:      1:30 p.m.
                                      Location:  Brownstein Hyatt Farber
22                Counterclaimant,               Schreck LLP
                                                 2029 Century Park East
23  v.                                           Suite 2100
                                                 Los Angeles, CA  90067
24  640 SOUTH MAIN STREET
    PARTNERS, LLC, HSC PROPERTIES,
25  LLC,                              Action Filed:      May 5, 2008
                                      Action Removed: June 3, 2008
26                Counterdefendants.  Trial Date:        None

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to FED. R. CIV. P. 30(b)(6), counterclaimants Alvin Taylor, Saverio Maniscalco, and LA CAN will take the deposition upon oral examination of the individual(s) designated by Plaintiff/Counterdefendant, 640 South Main Street Partners, LLC to testify on its behalf.

NOTICE IS FURTHER GIVEN THAT the deposition will take place on March 18, 2011 at 1:30 p.m. and continuing from day to day, weekends and holidays excepted, until concluded at the law offices of Brownstein Hyatt Farber Schreck LLP, 2029 Century Park East, Suite 2100, Los Angeles, California 90067.  The deposition will be taken before a certified court reporter or other officer authorized to administer oaths.

## DESIGNATED MATTERS FOR EXAMINATION

640 South Main Street Partners, LLC is hereby requested and required, pursuant to FED. R. CIV. P. 30(b)(6), to designate and produce a person or persons most knowledgeable to testify on behalf of 640 South Main Street Partners, LLC, on the following matters:

I.   Ownership structure of the Hotel, including but not limited to:

    a.   Identities and current whereabouts of all individuals and/or entities who held or hold any ownership interest in either (i) the Cecil Hotel or (ii) in entities (including but not limited to Limited Liability Companies) that hold or held an ownership interest in the Hotel at any time between May 1, 2006 to present;

    b.   The legal relationship (i.e., as, for example, general or limited partner, shareholder, director, etc.) between and among all individuals and/or entities who hold or held an equity interest or debt interest in the Hotel, including without limitation the identities of all general and/or limited partners, officers, directors

2

and/or principal shareholders in said ownership entities;

c.    The identities and job descriptions of management personnel of
the Hotel, from May 1, 2006 to present;

d.    Any other matters relating to the ownership structure of the Hotel
that are relevant to the issues in the instant case.

Dated:    March 4, 2011

BROWNSTEIN HYATT FARBER
SCHRECK, LLP


By: _____
DEBORAH DROOZ
BARBARA SCHULTZ
Attorneys for Counterclaimants
ALVIN TAYLOR, SAVERIO
MANISCALCO, AND LA CAN

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

3

1

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action.  My business address is 2029 Century Park East, Suite 2100, Los Angeles, California  90067.  On March 4, 2011, I served the within document(s):

NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒    by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒    By personally transmitting the document(s) via electronic service to the e-mail address(es) set forth below on this date.

addressed as follows:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 4, 2011, at Los Angeles, California.

_____
Colleen DeLee

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

4

1

SERVICE LIST

2   640 South Main Partners, LLC et al v. City of Los Angeles
    U.S.D.C. Case No. 2:08-cv-03611-DDP-JTL

3

4

5   Brant H. Dveirin
    G. Ross Trindle, III, Esq.
6   Juanita Estella Mantz, Esq.
    Best Best & Krieger
    300 South Grand Avenue
7   25th Floor
    Los Angeles, California  90071
8   Tel: (213) 617-8100
    Fax: (213) 617-7480
9   Email:  brant.dveirin@bbklaw.com
    Email:  ross.trindle@bblklaw.com
10  Email:  Juanita.mantz@bbklaw.com

11  Alfred E. Augustini, Esq.
    Nazila Danesh, Esq.
12  Augustini Law Offices
    515 S. Figueroa St., Ste. 321
13  Los Angeles, CA  90071
    Tel: (213) 629-8888
14  Fax: (213) 688-7600
    Email:  alaugie@alaugie.com
15  Email:  nazy@dd-llp.com

16

17  Barbara Schultz, Esq.
    Legal Aid Foundation of Los Angeles
    1550 W. 8th Street
18  Los Angeles, CA  90017
    Tel: (213) 640-3823
19  Fax: (213) 640-3850
    Email: bschultz@lafla.org

20

21

22

23

24

25

26

27

28

Joshua B. Wagner
Christopher R. Murphy
Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Tel.: (213) 576-5000
Fax: (213) 680-4470
Email:  jwagner@gordonrees.com
Email:  cmurphy@gordonrees.com

Jeff Augustini, Esq.
Gordee, Nowicki & Augustini LLP
8105 Irvine Center Drive, Suite 870
Newport Beach, CA  92615
Tel: (949) 567-9923
Fax: (949) 567-9928
Email:  jaugustini@gna-law.com

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

1    Deborah Drooz (State Bar No. 133355)
     BROWNSTEIN HYATT FARBER
2    SCHRECK, LLP
     DDrooz@bhfs.com
3    2029 Century Park East, Suite 2100
     Los Angeles, CA 90067
4    Telephone:  (310) 500-4600
     Facsimile:   (310) 500-4602
5
6    BARBARA SCHULTZ (State Bar No. 168766)
     LEGAL AID FOUNDATION OF LOS ANGELES
7    bschultz@lafla.org
     1550 W. 8th St.
8    Los Angeles, CA 90017
     Telephone:  (213) 640-3823
     Facsimile:   (213) 640-3850
9
10   Attorneys for Counterclaimants
     Alvin Taylor, Saverio Maniscalco, and LA CAN

11

12                    UNITED STATES DISTRICT COURT

13          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

14

15   640 SOUTH MAIN STREET              Case No.  CV08-03611 DDP (JTLx)
     PARTNERS, LLC and HSC
16   PROPERTIES, LLC,                   Assigned to the Honorable Dean D.
                                        Pregerson
17            Plaintiffs,
                                        **NOTICE OF DEPOSITION**
18   v.                                 **PURSUANT TO FED. R. CIV. P.**
                                        **30(b)(6)**
19   CITY OF LOS ANGELES,

20            Defendants.

21   LOS ANGELES COMMUNITY             Date:      March 22, 2011
     NETWORK,                          Time:      9:00 a.m.
22                                     Location:  Brownstein Hyatt Farber
              Counterclaimant,                    Schreck LLP
23                                                2029 Century Park East
     v.                                           Suite 2100
24                                                Los Angeles, CA  90067
     640 SOUTH MAIN STREET
25   PARTNERS, LLC, HSC PROPERTIES,
     LLC,                              Action Filed:      May 5, 2008
26                                     Action Removed:  June 3, 2008
              Counterdefendants.       Trial Date:        None

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to FED. R. CIV. P. 30(b)(6), counterclaimants Alvin Taylor, Saverio Maniscalco, and LA CAN will take the deposition upon oral examination of the individual(s) designated by Plaintiff/Counterdefendant, HSC Properties, LLC, to testify on its behalf.

NOTICE IS FURTHER GIVEN THAT the deposition will take place on March 22, 2011 at 9:00 a.m. and continuing from day to day, weekends and holidays excepted, until concluded at the law offices of Brownstein Hyatt Farber Schreck LLP, 2029 Century Park East, Suite 2100, Los Angeles, California 90067.  The deposition will be taken before a certified court reporter or other officer authorized to administer oaths.

## DESIGNATED MATTERS FOR EXAMINATION

HSC Properties, LLC is hereby requested and required, pursuant to FED. R. CIV. P. 30(b)(6), to designate and produce a person or persons most knowledgeable to testify on behalf of HSC Properties, LLC, on the following matters:

I.  The purchase of the Cecil Hotel ("Hotel") in May 2007, including but not limited to the following matters:

    a.  Any financial analysis or projections performed as part of or in anticipation of your purchase of the Hotel, from May 1, 2006 to present;

    b.  Communications among your principals, agents, or representatives regarding your planned or anticipated purchase of the Hotel from May 1, 2006 to present;

    c.  Communications with Street Wise Investments, LLC regarding your planned or anticipated purchase of the Hotel;

    d.  Communications with any real estate agents, escrow agents, or bank representatives regarding your purchase of the Hotel;

    e.  Due diligence conducted in connection with your purchase of the

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

2

1    Hotel;

2    f.    Information about Single Room Occupancy ("SRO") status and/or

3          Residential Hotel status of the Hotel  received by you from the

4          seller in connection with your purchase of the Hotel;

5    g.    Information about Single Room Occupancy ("SRO") status and/or

6          Residential Hotel status of the Hotel  that you received from any

7          third party from May 1, 2006 to present;

8    h.    Any other matters relating to the purchase of the Hotel that are

9          relevant to the issues in the instant case.

10

11   Dated:   March 4, 2011                 BROWNSTEIN HYATT FARBER
                                            SCHRECK, LLP

12

13                                          By:

14                                          DEBORAH DROOZ
                                            BARBARA SCHULTZ
15                                          Attorneys for Counterclaimants
                                            ALVIN TAYLOR, SAVERIO
16                                          MANISCALCO, AND LA CAN

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is 2029 Century Park East, Suite 2100, Los Angeles, California 90067. On March 4, 2011, I served the within document(s):

NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐   by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒   by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒   By personally transmitting the document(s) via electronic service to the e-mail address(es) set forth below on this date.

addressed as follows:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 4, 2011, at Los Angeles, California.

Colleen DeLee

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

4

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

640 South Main Partners, LLC et al v. City of Los Angeles
U.S.D.C. Case No. 2:08-cv-03611-DDP-JTL

Brant H. Dveirin
G. Ross Trindle, III, Esq.
Juanita Estella Mantz, Esq.
Best Best & Krieger
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Tel: (213) 617-8100
Fax: (213) 617-7480
Email:  brant.dveirin@bbklaw.com
Email:  ross.trindle@bblklaw.com
Email:  Juanita.mantz@bbklaw.com

Alfred E. Augustini, Esq.
Nazila Danesh, Esq.
Augustini Law Offices
515 S. Figueroa St., Ste. 321
Los Angeles, CA  90071
Tel:  (213) 629-8888
Fax:  (213) 688-7600
Email:  alaugie@alaugie.com
Email:  nazy@dd-llp.com

Barbara Schultz, Esq.
Legal Aid Foundation of Los Angeles
1550 W. 8th Street
Los Angeles, CA  90017
Tel: (213) 640-3823
Fax: (213) 640-3850
Email:  bschultz@lafla.org

Joshua B. Wagner
Christopher R. Murphy
Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071
Tel.:  (213) 576-5000
Fax:  (213) 680-4470
Email:  jwagner@gordonrees.com
Email:  cmurphy@gordonrees.com

Jeff Augustini, Esq.
Gordee, Nowicki & Augustini LLP
8105 Irvine Center Drive, Suite 870
Newport Beach, CA  92615
Tel:  (949) 567-9923
Fax:  (949) 567-9928
Email:  jaugustini@gna-law.com

5

1   Deborah Drooz (State Bar No. 133355)
    BROWNSTEIN HYATT FARBER
2   SCHRECK, LLP
    DDrooz@bhfs.com
3   2029 Century Park East, Suite 2100
    Los Angeles, CA 90067
4   Telephone:  (310) 500-4600
    Facsimile:  (310) 500-4602
5
    BARBARA SCHULTZ (State Bar No. 168766)
6   LEGAL AID FOUNDATION OF LOS ANGELES
    bschultz@lafla.org
7   1550 W. 8th St.
    Los Angeles, CA 90017
8   Telephone:  (213) 640-3823
    Facsimile:  (213) 640-3850
9
    Attorneys for Counterclaimants
10  Alvin Taylor, Saverio Maniscalco, and LA CAN

11              UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

13

| | |
|---|---|
| 14  640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC, | Case No.  CV08-03611 DDP (JTLx) |
| 15 16          Plaintiffs, | Assigned to the Honorable Dean D. Pregerson |
| 17  v. | **NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)** |
| 18  CITY OF LOS ANGELES, | |
| 19          Defendants. | |
| 20 ――――――――――――――――――――――――――――――― LOS ANGELES COMMUNITY 21  NETWORK, | Date:       March 22, 2011 Time:       1:30 p.m. |
| 22          Counterclaimant, | Location:   Brownstein Hyatt Farber Schreck LLP 2029 Century Park East Suite 2100 Los Angeles, CA  90067 |
| 23  v. | |
| 24  640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC, | |
| 25 26          Counterdefendants. | Action Filed:     May 5, 2008 Action Removed: June 3, 2008 Trial Date:       None |

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to FED. R. CIV. P. 30(b)(6), counterclaimants Alvin Taylor, Saverio Maniscalco, and LA CAN will take the deposition upon oral examination of the individual(s) designated by Plaintiff/Counterdefendant, 640 South Main Street Partners, LLC, to testify on its behalf.

NOTICE IS FURTHER GIVEN THAT the deposition will take place on March 22, 2011 at 1:30 p.m. and continuing from day to day, weekends and holidays excepted, until concluded at the law offices of Brownstein Hyatt Farber Schreck LLP, 2029 Century Park East, Suite 2100, Los Angeles, California 90067. The deposition will be taken before a certified court reporter or other officer authorized to administer oaths.

## **DESIGNATED MATTERS FOR EXAMINATION**

640 South Main Street Partners, LLC is hereby requested and required, pursuant to FED. R. CIV. P. 30(b)(6), to designate and produce a person or persons most knowledgeable to testify on behalf of 640 South Main Street Partners, LLC, on the following matters:

I.   The purchase of the Cecil Hotel ("Hotel") in May 2007, including but not limited to the following matters:

a.   Any financial analysis or projections performed as part of or in anticipation of your purchase of the Hotel, from May 1, 2006 to present;

b.   Communications among your principals, agents, or representatives regarding your planned or anticipated purchase of the Hotel from May 1, 2006 to present;

c.   Communications with Street Wise Investments, LLC regarding your planned or anticipated purchase of the Hotel;

d.   Communications with any real estate agents, escrow agents, or

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA  90067

1

2          bank representatives regarding your purchase of the Hotel;

3     e.   Due diligence conducted in connection with your purchase of the

4          Hotel;

5     f.   Information about Single Room Occupancy ("SRO") status and/or

6          Residential Hotel status of the Hotel  received by you from the

7          seller in connection with your purchase of the Hotel;

8     g.   Information about Single Room Occupancy ("SRO") status and/or

9          Residential Hotel status of the Hotel  that you received from any

10         third party from May 1, 2006 to present;

11    h.   Any other matters relating to the purchase of the Hotel that are

12         relevant to the issues in the instant case.

13

14   Dated:   March 4, 2011

15

16

17                                              BROWNSTEIN HYATT FARBER
                                                SCHRECK, LLP
18

19                                        By:  _____
                                                DEBORAH DROOZ
20                                              BARBARA SCHULTZ
                                                Attorneys for Counterclaimants
21                                              ALVIN TAYLOR, SAVERIO
                                                MANISCALCO, AND LA CAN
22

23

24

25

26

27

28

3

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is 2029 Century Park East, Suite 2100, Los Angeles, California 90067. On March 4, 2011, I served the within document(s):

NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒    by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐    By personally transmitting the document(s) via electronic service to the e-mail address(es) set forth below on this date.

addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 4, 2011, at Los Angeles, California.

Colleen DeLee

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

4

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

1

SERVICE LIST

2

640 South Main Partners, LLC et al v. City of Los Angeles
U.S.D.C. Case No. 2:08-cv-03611-DDP-JTL

3

4

5    Brant H. Dveirin                          Joshua B. Wagner
     G. Ross Trindle, III, Esq.                Christopher R. Murphy
6    Juanita Estella Mantz, Esq.               Gordon & Rees LLP
     Best Best & Krieger                       633 West Fifth Street
     300 South Grand Avenue                    Suite 4900
7    25th Floor                                Los Angeles, CA 90071
     Los Angeles, California 90071             Tel.: (213) 576-5000
8    Tel: (213) 617-8100                       Fax: (213) 680-4470
     Fax: (213) 617-7480                       Email: jwagner@gordonrees.com
9    Email: brant.dveirin@bbklaw.com           Email: cmurphy@gordonrees.com
     Email: ross.trindle@bblklaw.com
10   Email: Juanita.mantz@bbklaw.com

11   Alfred E. Augustini, Esq.                 Jeff Augustini, Esq.
     Nazila Danesh, Esq.                       Gordee, Nowicki & Augustini LLP
12   Augustini Law Offices                     8105 Irvine Center Drive, Suite 870
     515 S. Figueroa St., Ste. 321             Newport Beach, CA 92615
13   Los Angeles, CA 90071                     Tel: (949) 567-9923
     Tel: (213) 629-8888                       Fax: (949) 567-9928
14   Fax: (213) 688-7600                       Email: jaugustini@gna-law.com
     Email: alaugie@alaugie.com
15   Email: nazy@dd-llp.com

16

17   Barbara Schultz, Esq.
     Legal Aid Foundation of Los Angeles
     1550 W. 8th Street
18   Los Angeles, CA 90017
     Tel: (213) 640-3823
19   Fax: (213) 640-3850
     Email: bschultz@lafla.org

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action.  My business address is 2029 Century Park East, Suite 2100, Los Angeles, California  90067.  On May 5, 2011, I served the within document(s):

**JOINT STIPULATION RE: MOTION TO COMPEL DEPOSITIONS OF PERSONS MOST KNOWLEDGEABLE ABOUT (1) STATUS, (2) MAINTENANCE AND OPERATION, AND (3) PURCHASE OF THE CECIL HOTEL**

☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐      by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐      by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒      By personally transmitting the document(s) via electronic service to the e-mail address(es) set forth below on this date.

addressed as follows:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on May 5, 2011, at Los Angeles, California.

Colleen DeLee

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007

**SERVICE LIST**

**U.S.D.C. Case No. 2:08-cv-03611-DDP-JTL**

640 South Main Partners, LLC et al v. City of Los Angeles

Brant H. Dveirin
G. Ross Trindle, III, Esq.
Best Best & Krieger
300 South Grand Avenue
25th Floor
Los Angeles, California 90071
Tel: (213) 617-8100
Fax: (213) 617-7480
Email: ross.trindle@bbklaw.com
Email: brant.dveirin@bbklaw.com

Joshua B. Wagner
Christopher R. Murphy
Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Tel.: (213) 576-5000
Fax: (213) 680-4470
Email: jwagner@gordonrees.com
Email: cmurphy@gordonrees.com

Alfred E. Augustini, Esq.
Nazila Danesh, Esq.
Augustini Law Offices
515 S. Figueroa St., Ste. 321
Los Angeles, CA 90071
Tel: (213) 629-8888
Fax: (213) 688-7600
Email: alaugie@alaugie.com
Email: nazy@dd-llp.com

Lawrence C. Ecoff, Esq.
Philip H.R. Nevinny, Esq.
Ecoff, Blut & Salomons, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Tel: (310) 887-1850
Fax: (310) 887-1855
e-mail: ecoff@ecofflaw.com

Barbara Schultz, Esq.
Legal Aid Foundation of Los Angeles
1550 W. 8th Street
Los Angeles, CA 90017
Tel: (213) 640-3823
Fax: (213) 640-3850
Email: bschultz@lafla.org

09048\0001\1319\18.1B

# EXHIBIT B

1  Deborah Drooz (State Bar No. 133355)
   BROWNSTEIN HYATT FARBER
2  SCHRECK, LLP
   DDrooz@bhfs.com
3  2029 Century Park East, Suite 2100
   Los Angeles, CA 90067
4  Telephone: (310) 500-4600
   Facsimile: (310) 500-4602
5
   BARBARA SCHULTZ (State Bar No. 168766)
6  LEGAL AID FOUNDATION OF LOS ANGELES
   bschultz@lafla.org
7  1550 W. 8th St.
   Los Angeles, CA 90017
8  Telephone: (213) 640-3823
   Facsimile: (213) 640-3850
9
   Attorneys for Counterclaimants
10 Alvin Taylor, Saverio Maniscalco, and LA CAN

11                UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

13

14 640 SOUTH MAIN STREET                Case No.  CV08-03611 DDP (JTLx)
   PARTNERS, LLC and HSC
15 PROPERTIES, LLC,                     Assigned to the Honorable Dean D.
                                        Pregerson
16            Plaintiffs,
                                        **COUNTERCLAIMANTS DEMAND**
17 v.                                   **FOR PRODUCTION OF**
                                        **DOCUMENTS**
18 CITY OF LOS ANGELES,

19            Defendants.

20 LOS ANGELES COMMUNITY
   NETWORK,
21                                      Action Filed:    May 5, 2008
              Counterclaimant,          Action Removed: June 3, 2008
22                                      Trial Date:      None
   v.
23
   640 SOUTH MAIN STREET
24 PARTNERS, LLC, HSC PROPERTIES,
   LLC,
25
              Counterdefendants.
26

27

28

| | |
|---|---|
| **PROPOUNDING PARTY:** | **COUNTERLCLAIMANTS ALVIN TAYLOR, SAVERIO MANISCALCO, AND LA CAN** |
| **RESPONDING PARTY:** | **PLAINTIFF/COUNTER-DEFENDANT HSC PROPERTIES, LLC** |
| **SET NO.:** | **TWO** |

## DEFINITIONS AND INSTRUCTIONS

A.     **"YOU" or "YOUR"** refers to defendant HSC Properties, LLC and all **PERSONS** acting on its behalf or under its direction or control, including, without limitation, employees, partners, agents, representatives, financial advisors, investment bankers, financial consultants, independent contractors, accountants and attorneys.

B.     **"PERSON"** means any natural person and any partnership, proprietorship, firm, association, joint venture, corporation, subsidiary, government agency or division or other entity organized for any purpose and their agents, employees, representatives, and any other person acting on their behalf.

C.     **"COMMUNICATION(S)"** means and includes the conveyance to or exchange of information of any kind or messages with any **PERSON** for any purpose by any written, oral, or electronic means or method.

D.     **"DOCUMENT"** is used in its broadest sense as defined by Evidence Code § 250 and includes e-mail, all stored compilations of information of any kind that may be retrievable (such as, but without limitation, the content of computer memory or information storage facilities, and computer programs, and any instructions or interpretive materials associated with them), and copies of documents that are not identical to the originals (*e.g.*, because handwritten "blind" notes appear thereon or are attached hereto) whether or not the originals are in **YOUR** possession, custody or control.]

E.     **"PROPERTY"** means the housing structure, including but not limited to the common areas and individual apartment dwellings or units, located at 640 South Main Street, Los Angeles, California, and commonly known as the Cecil Hotel.

F.     The term **"CONDITION OF THE PROPERTY"** as used herein is a

2

1   broadly inclusive term, referring to the existence, at any time, of any physical
2   conditions in the apartment units or common areas of the **PROPERTY** that tend to
3   render it unfit for human habitation including, but not limited to:  holes, cracks,
4   fissures, humidity, mold, mildew or other defects in the walls, floors, passageways,
5   ceilings, stairways, doors, common areas, or foundation of the building; rodents,
6   cockroaches, pigeons, spiders, fleas, maggots, or other pests or vermin;
7   malfunctioning or broken heaters, smoke detectors, electrical outlets; missing or ill
8   fitting window screens, electrical outlet plates, window panes, light fixtures, fire
9   safety equipment, flooring or carpeting; gas or water leaks; defective plumbing;
10  missing or broken locks on doors; warped, broken, or otherwise defective doors,
11  windows, and frames; interruptions in water, gas, or electrical service; broken or
12  missing light fixtures in common areas; lead or asbestos; inadequate trash disposal or
13  trash in and around the property; and chipped, or peeling paint.

14      **G.**    **The term "HABITABILITY"** as used herein is a broadly inclusive
15  term, referring to the existence, at any time, of any conditions in the apartment units
16  or common areas of a residential rental property that tend to render it unfit for human
17  habitation, including but not limited to, holes, cracks, fissures, humidity, mold,
18  mildew, signs of deterioration, unevenness or other defects in the walls, floors,
19  passageways, ceilings, stairways, doors, common areas, or foundation of the building;
20  rodents, cockroaches, pigeons, spiders, fleas, maggots, or other pests or vermin;
21  malfunctioning or broken heaters, smoke detectors, electrical outlets; missing
22  window screens, electrical outlet plates, gas fixtures, window panes, fixtures, fire
23  safety equipment, flooring or carpeting; gas or water leaks; defective plumbing;
24  missing or broken locks on doors; warped, broken, or otherwise defective doors,
25  windows, and frames; interruptions in water, gas or electrical service; broken or
26  missing light fixtures in common areas; lead or asbestos; inadequate trash disposal or
27  trash in and around the property; and faded, chipped, or peeling paint.

28      **H.**    Any reference in any of these requests to any named individual,

BROWNSTEIN HY...
...RBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

3

1  corporation, limited liability company, association, company, partnership, or other

2  business combination or entity or person shall be deemed to include its partners,

3  officers, directors, agents, employees, representatives, parents, subsidiaries, affiliates,

4  predecessors, successors or any other person acting on its behalf.

5      **I.**    If a request calls for the production of a **DOCUMENT** that **YOU** know

6  has been destroyed, placed beyond **YOUR** control, or otherwise, disposed of, please

7  set forth with respect to each such **DOCUMENT**:

8      **1.**    The author of the **DOCUMENT**;

9      **2.**    The addressee, if any, and those persons, if any, specified in the

10      **DOCUMENT** to receive a copy of the **DOCUMENT**, as well as

11      all known recipients of the **DOCUMENT**;

12      **3.**    The title of the **DOCUMENT**, if any, or other identifying data;

13      **4.**    The type of **DOCUMENT** (e.g., memorandum, letter);

14      **5.**    A summary of the nature and subject matter of the **DOCUMENT**;

15      **6.**    The date on which the **DOCUMENT** was prepared;

16      **7.**    The date on which the **DOCUMENT** was sent or received by

17      **YOU**, as the case may be;

18      **8.**    The identity of all individuals to whom the substance of the

19      **DOCUMENT** was transmitted, or who saw the **DOCUMENT**,

20      and under what circumstances;

21      **9.**    The present location of the **DOCUMENT**, if not destroyed; and

22      **10.**    The name, title, home and business address, and home and

23      business telephone number, of the current custodian of the

24      **DOCUMENT**.

25      **J.**    If a demand calls for the production of any **DOCUMENT** as to which

26  **YOU** claim privilege, work product, and/or any other privilege as a ground for

27  withholding that **DOCUMENT**, please set forth with respect to each such

28  **DOCUMENT** facts of sufficient specificity to permit the Court to make a full

BROWNSTEIN HY... ...RBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

4

1  determination as to whether the claim of privilege or work product is valid, including

2  each and every fact or basis upon which said privilege is claimed.  In particular, and

3  without limiting the generality of the foregoing, set forth with respect to each such

4  **DOCUMENT**;

    1.   The author of the **DOCUMENT**;

    2.   The addressee, if any, and those persons, if any, specified in the **DOCUMENT** to receive a copy of the **DOCUMENT**, as well as all recipients of the **DOCUMENT** of whom **YOU** are aware;

    3.   The title of the **DOCUMENT**, if any, or other identifying data;

    4.   The type of **DOCUMENT** (e.g., memorandum, letter);

    5.   A summary of nature and subject matter of the **DOCUMENT**;

    6.   The current location of the **DOCUMENT**;

    7.   The identification of each and every person who participated in any way in the preparation of the **DOCUMENT**;

    8.   The date on which the **DOCUMENT** was prepared;

    9.   The date on which the **DOCUMENT** was sent or received by **YOU**, as the case may be;

    10.   The name, title, home and business address, and home and business telephone number, of the current custodian of the **DOCUMENT**;

    11.   The identity of all **PERSONS** to whom of the substance of the **DOCUMENT** was transmitted, or who saw the **DOCUMENT**, and under what circumstances; and

    12.   Each and every fact or basis upon which privilege or work product is claimed.

**K.**    Whenever it is necessary to bring within the scope of these requests **DOCUMENTS** that might otherwise be construed to be outside the scope, then:

5

BROWNSTEIN HYA... ...BER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

1.     The use of **"and"** as well as **"or"** shall be construed both disjunctively and conjunctively;

2.     The use of **"include(s)"** and **"including"** shall be construed to mean **"without limitation;"**

3.     The use of a verb in any tense or voice shall be construed as the use of that verb in all other tenses and voices; and

4.     The singular number and masculine gender shall be deemed the plural, the feminine, and the neuter, as may be appropriate;

L.     Except as otherwise expressly indicated in a request, each request shall be construed independently and shall not be limited by reference to any other request.

## DEMAND FOR PRODUCTION

**DEMAND FOR PRODUCTION NO. 1:**

All DOCUMENTS that reflect or refer to COMMUNICATIONS with any agency or office of the City of Los Angeles, including but not limited to, the Los Angeles City Attorney's Office, the Department of Housing, Fire Department, Police Department, and Department of Building and Safety, concerning the CONDITION OF THE PROPERTY.

**DEMAND FOR PRODUCTION NO. 2:**

All DOCUMENTS that reflect or refer to COMMUNICATIONS with the County of Los Angeles, including but not limited to, the Los Angeles County Department of Health Services, concerning the CONDITION OF THE PROPERTY.

**DEMAND FOR PRODUCTION NO. 3:**

To the extent not already produced, All DOCUMENTS that reflect or refer to COMMUNICATIONS with any of the plaintiffs regarding the CONDITION OF THE PROPERTY.

**DEMAND FOR PRODUCTION NO. 4:**

To the extent not already produced, All DOCUMENTS that reflect or refer to

1  COMMUNICATIONS with any of the plaintiffs regarding any other matter related to

2  this litigation.

3  **DEMAND FOR PRODUCTION NO. 5:**

4       All DOCUMENTS that reflect or refer to any COMMUNICATIONS to any

5  individual or entity concerning the maintenance, restoration, repair, rehabilitation, or

6  improvements made at the PROPERTY at any time from the time YOU purchased

7  the property, to the present.

8  **DEMAND FOR PRODUCTION NO. 6:**

9       All DOCUMENTS that reflect or refer to any COMMUNICATIONS to any

10  individual or entity concerning the maintenance, restoration, repair, rehabilitation, or

11  improvements proposed to be made at the PROPERTY at any time from the time

12  YOU purchased the property to the present.

13  **DEMAND FOR PRODUCTION NO. 7:**

14       All DOCUMENTS that reflect or refer to YOUR efforts, if any, to correct any

15  CONDITION OF THE PROPERTY that you were informed of which by any City or

16  County PERSON.

17  **DEMAND FOR PRODUCTION NO. 8:**

18       All DOCUMENTS that reflect or refer to water service at the PROPERTY

19  including, but not limited to, any interruption of or repair to water service, at any time

20  from the time YOU purchased the property to the present.

21  **DEMAND FOR PRODUCTION NO. 9:**

22       All DOCUMENTS that reflect or refer to gas service at the PROPERTY

23  including, but not limited to, any interruption of or repair to gas service, at any time

24  from the time YOU purchased the property to the present.

25  **DEMAND FOR PRODUCTION NO. 10:**

26       All DOCUMENTS that reflect or refer to electrical service at the PROPERTY

27  including, but not limited to, any interruption of or repair to electrical service, at any

28  time the time YOU purchased the property to the present.

7

**DEMAND FOR PRODUCTION NO. 11:**

All DOCUMENTS that reflect or refer to efforts to eradicate vermin or prevent them from infesting the PROPERTY, at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 12:**

All DOCUMENTS that reflect or refer to plumbing at the PROPERTY including, but not limited to, installation or maintenance of plumbing pipes or fixtures, at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 13:**

All DOCUMENTS that reflect or refer to electrical systems at the PROPERTY including, but not limited to, the repair, installation or maintenance of smoke detectors at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 14:**

All DOCUMENTS that reflect or refer to electrical wiring or connections at the PROPERTY including, but not limited to, the repair, installation or maintenance of electrical wiring or outlets, at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 15:**

All DOCUMENTS that reflect or refer to lead-based paint at the PROPERTY including, but not limited to, the removal of lead-based paint at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 16:**

All DOCUMENTS that reflect or refer to heating units at the PROPERTY, including, but not limited to the repair, installation or maintenance of heaters in the units, at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 17:**

All DOCUMENTS that reflect or refer to flooring at the PROPERTY including, but not limited to, the repair, installation or maintenance of linoleum or

8

1  carpeting in individual units or common areas, at any time from the time YOU

2  purchased the property to the present.

3  **DEMAND FOR PRODUCTION NO. 18:**

4      All DOCUMENTS that reflect or refer to windows and window screens at the

5  PROPERTY including, but not limited to, the repair, installation or maintenance

6  window panes or screens, at any time from the time YOU purchased the property to

7  the present.

8  **DEMAND FOR PRODUCTION NO. 19:**

9      All DOCUMENTS that reflect or refer to any remodeling, refurbishing or other

10  physical alteration to the PROPERTY from the time YOU purchased the

11  PROPERTY to the present.

12

13  Dated:     March 11, 2011                BROWNSTEIN HYATT FARBER
                                            SCHRECK, LLP
14

15                                          By: _____

16                                              DEBORAH DROOZ
                                                BARBARA SCHULTZ
17                                              Attorneys for Counterclaimants
                                                ALVIN TAYLOR, SAVERIO
18                                              MANISCALCO, AND LA CAN

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action.  My business address is 2029 Century Park East, Suite 2100, Los Angeles, California 90067.  On March 11, 2011, I served the within document(s):

## COUNTERCLAIMANTS DEMAND FOR PRODUCTION OF DOCUMENTS

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒    by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒    By personally transmitting the document(s) via electronic service to the e-mail address(es) set forth below on this date.

addressed as follows:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 11, 2011, at Los Angeles, California.

Colleen DeLee

SERVICE LIST

640 South Main Partners, LLC et al v. City of Los Angeles
U.S.D.C. Case No. 2:08-cv-03611-DDP-JTL

Brant H. Dveirin
G. Ross Trindle, III, Esq.
Juanita Estella Mantz, Esq.
Best Best & Krieger
300 South Grand Avenue
25th Floor
Los Angeles, California 90071
Tel: (213) 617-8100
Fax: (213) 617-7480
Email: brant.dveirin@bbklaw.com
Email: ross.trindle@bblklaw.com
Email: Juanita.mantz@bbklaw.com

Joshua B. Wagner
Christopher R. Murphy
Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Tel.: (213) 576-5000
Fax: (213) 680-4470
Email: jwagner@gordonrees.com
Email: cmurphy@gordonrees.com

Alfred E. Augustini, Esq.
Nazila Danesh, Esq.
Augustini Law Offices
515 S. Figueroa St., Ste. 321
Los Angeles, CA 90071
Tel: (213) 629-8888
Fax: (213) 688-7600
Email: alaugie@alaugie.com
Email: nazy@dd-llp.com

Jeff Augustini, Esq.
Gordee, Nowicki & Augustini LLP
8105 Irvine Center Drive, Suite 870
Newport Beach, CA 92615
Tel: (949) 567-9923
Fax: (949) 567-9928
Email: jaugustini@gna-law.com

Barbara Schultz, Esq.
Legal Aid Foundation of Los Angeles
1550 W. 8th Street
Los Angeles, CA 90017
Tel: (213) 640-3823
Fax: (213) 640-3850
Email: bschultz@lafla.org

Lawrence C. Ecoff, Esq.
Philip H.R. Nevinny, Esq.
Ecoff, Blut & Salomons, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Tel: (310) 887-1850
Fax: (310) 887-1855
e-mail: ecoff@ecofflaw.com

BROWNSTEIN HY...
...BER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

11

1   Deborah Drooz (State Bar No. 133355)
    BROWNSTEIN HYATT FARBER
2   SCHRECK, LLP
    DDrooz@bhfs.com
3   2029 Century Park East, Suite 2100
    Los Angeles, CA 90067
4   Telephone:   (310) 500-4600
    Facsimile:    (310) 500-4602
5
    BARBARA SCHULTZ (State Bar No. 168766)
6   LEGAL AID FOUNDATION OF LOS ANGELES
    bschultz@lafla.org
7   1550 W. 8th St.
    Los Angeles, CA 90017
8   Telephone:  (213) 640-3823
    Facsimile:   (213) 640-3850
9
    Attorneys for Counterclaimants
10  Alvin Taylor, Saverio Maniscalco, and LA CAN

11                  UNITED STATES DISTRICT COURT

12       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

13

14  640 SOUTH MAIN STREET              Case No.  CV08-03611 DDP (JTLx)
15  PARTNERS, LLC and HSC
    PROPERTIES, LLC,                   Assigned to the Honorable Dean D.
16                                     Pregerson
              Plaintiffs,
17                                     COUNTERCLAIMANTS DEMAND
    v.                                 FOR PRODUCTION OF
18                                     DOCUMENTS
    CITY OF LOS ANGELES,
19
              Defendants.
20
    LOS ANGELES COMMUNITY
21  NETWORK,                           Action Filed:     May 5, 2008
                                       Action Removed: June 3, 2008
22            Counterclaimant,         Trial Date:       None

23  v.

24  640 SOUTH MAIN STREET
    PARTNERS, LLC, HSC PROPERTIES,
25  LLC,

26            Counterdefendants.

27

28

| PROPOUNDING PARTY: | COUNTERLCLAIMANTS ALVIN TAYLOR, SAVERIO MANISCALCO, AND LA CAN |
|---|---|
| RESPONDING PARTY: | PLAINTIFF/COUNTER-DEFENDANT 640 SOUTH MAIN STREET PARTNERS, LLC |
| SET NO.: | TWO |

## DEFINITIONS AND INSTRUCTIONS

A.    **"YOU" or "YOUR"** refers to defendant 640 South Main Street Partners, LLC and all **PERSONS** acting on its behalf or under its direction or control, including, without limitation, employees, partners, agents, representatives, financial advisors, investment bankers, financial consultants, independent contractors, accountants and attorneys.

B.    **"PERSON"** means any natural person and any partnership, proprietorship, firm, association, joint venture, corporation, subsidiary, government agency or division or other entity organized for any purpose and their agents, employees, representatives, and any other person acting on their behalf.

C.    **"COMMUNICATION(S)"** means and includes the conveyance to or exchange of information of any kind or messages with any **PERSON** for any purpose by any written, oral, or electronic means or method.

D.    **"DOCUMENT"** is used in its broadest sense as defined by Evidence Code § 250 and includes e-mail, all stored compilations of information of any kind that may be retrievable (such as, but without limitation, the content of computer memory or information storage facilities, and computer programs, and any instructions or interpretive materials associated with them), and copies of documents that are not identical to the originals (*e.g.*, because handwritten "blind" notes appear thereon or are attached hereto) whether or not the originals are in **YOUR** possession, custody or control.]

E.    **"PROPERTY"** means the housing structure, including but not limited to the common areas and individual apartment dwellings or units, located at 640 South Main Street, Los Angeles, California, and commonly known as the Cecil Hotel.

2

1    **F.**     The term **"CONDITION OF THE PROPERTY"** as used herein is a

2   broadly inclusive term, referring to the existence, at any time, of any physical

3   conditions in the apartment units or common areas of the **PROPERTY** that tend to

4   render it unfit for human habitation including, but not limited to:  holes, cracks,

5   fissures, humidity, mold, mildew or other defects in the walls, floors, passageways,

6   ceilings, stairways, doors, common areas, or foundation of the building; rodents,

7   cockroaches, pigeons, spiders, fleas, maggots, or other pests or vermin;

8   malfunctioning or broken heaters, smoke detectors, electrical outlets; missing or ill

9   fitting window screens, electrical outlet plates, window panes, light fixtures, fire

10   safety equipment, flooring or carpeting; gas or water leaks; defective plumbing;

11   missing or broken locks on doors; warped, broken, or otherwise defective doors,

12   windows, and frames; interruptions in water, gas, or electrical service; broken or

13   missing light fixtures in common areas; lead or asbestos; inadequate trash disposal or

14   trash in and around the property; and chipped, or peeling paint.

15    **G.**     The term **"HABITABILITY"** as used herein is a broadly inclusive

16   term, referring to the existence, at any time, of any conditions in the apartment units

17   or common areas of a residential rental property that tend to render it unfit for human

18   habitation, including but not limited to, holes, cracks, fissures, humidity, mold,

19   mildew, signs of deterioration, unevenness or other defects in the walls, floors,

20   passageways, ceilings, stairways, doors, common areas, or foundation of the building;

21   rodents, cockroaches, pigeons, spiders, fleas, maggots, or other pests or vermin;

22   malfunctioning or broken heaters, smoke detectors, electrical outlets; missing

23   window screens, electrical outlet plates, gas fixtures, window panes, fixtures, fire

24   safety equipment, flooring or carpeting; gas or water leaks; defective plumbing;

25   missing or broken locks on doors; warped, broken, or otherwise defective doors,

26   windows, and frames; interruptions in water, gas or electrical service; broken or

27   missing light fixtures in common areas; lead or asbestos; inadequate trash disposal or

28   trash in and around the property; and faded, chipped, or peeling paint.

3

BROWNSTEIN L.    .1 FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

**H.**     Any reference in any of these requests to any named individual, corporation, limited liability company, association, company, partnership, or other business combination or entity or person shall be deemed to include its partners, officers, directors, agents, employees, representatives, parents, subsidiaries, affiliates, predecessors, successors or any other person acting on its behalf.

**I.**     If a request calls for the production of a **DOCUMENT** that **YOU** know has been destroyed, placed beyond **YOUR** control, or otherwise, disposed of, please set forth with respect to each such **DOCUMENT**:

  1.    The author of the **DOCUMENT**;

  2.    The addressee, if any, and those persons, if any, specified in the **DOCUMENT** to receive a copy of the **DOCUMENT**, as well as all known recipients of the **DOCUMENT**;

  3.    The title of the **DOCUMENT**, if any, or other identifying data;

  4.    The type of **DOCUMENT** (e.g., memorandum, letter);

  5.    A summary of the nature and subject matter of the **DOCUMENT**;

  6.    The date on which the **DOCUMENT** was prepared;

  7.    The date on which the **DOCUMENT** was sent or received by **YOU**, as the case may be;

  8.    The identity of all individuals to whom the substance of the **DOCUMENT** was transmitted, or who saw the **DOCUMENT**, and under what circumstances;

  9.    The present location of the **DOCUMENT**, if not destroyed; and

  10.   The name, title, home and business address, and home and business telephone number, of the current custodian of the **DOCUMENT**.

**J.**     If a demand calls for the production of any **DOCUMENT** as to which **YOU** claim privilege, work product, and/or any other privilege as a ground for withholding that **DOCUMENT**, please set forth with respect to each such

BROWNSTEIN H. — FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

4

1  **DOCUMENT** facts of sufficient specificity to permit the Court to make a full

2  determination as to whether the claim of privilege or work product is valid, including

3  each and every fact or basis upon which said privilege is claimed.  In particular, and

4  without limiting the generality of the foregoing, set forth with respect to each such

5  **DOCUMENT**;

6      1.    The author of the **DOCUMENT**;

7      2.    The addressee, if any, and those persons, if any, specified in the

8            **DOCUMENT** to receive a copy of the **DOCUMENT**, as well as

9            all recipients of the **DOCUMENT** of whom **YOU** are aware;

10      3.    The title of the **DOCUMENT**, if any, or other identifying data;

11      4.    The type of **DOCUMENT** (e.g., memorandum, letter);

12      5.    A summary of nature and subject matter of the **DOCUMENT**;

13      6.    The current location of the **DOCUMENT**;

14      7.    The identification of each and every person who participated in

15            any way in the preparation of the **DOCUMENT**;

16      8.    The date on which the **DOCUMENT** was prepared;

17      9.    The date on which the **DOCUMENT** was sent or received by

18            **YOU**, as the case may be;

19      10.    The name, title, home and business address, and home and

20            business telephone number, of the current custodian of the

21            **DOCUMENT**;

22      11.    The identity of all **PERSONS** to whom of the substance of the

23            **DOCUMENT** was transmitted, or who saw the **DOCUMENT**,

24            and under what circumstances; and

25      12.    Each and every fact or basis upon which privilege or work product

26            is claimed.

27    **K.**    Whenever it is necessary to bring within the scope of these requests

28  **DOCUMENTS** that might otherwise be construed to be outside the scope, then:

BROWNSTEIN H.   ARBER SCHRECK, LLP   2029 Century Park East, Suite 2100   Los Angeles, CA 90067

1.   The use of **"and"** as well as **"or"** shall be construed both disjunctively and conjunctively;

2.   The use of **"include(s)"** and **"including"** shall be construed to mean **"without limitation;"**

3.   The use of a verb in any tense or voice shall be construed as the use of that verb in all other tenses and voices; and

4.   The singular number and masculine gender shall be deemed the plural, the feminine, and the neuter, as may be appropriate;

L.   Except as otherwise expressly indicated in a request, each request shall be construed independently and shall not be limited by reference to any other request.

## DEMAND FOR PRODUCTION

**DEMAND FOR PRODUCTION NO. 1:**

All DOCUMENTS that reflect or refer to COMMUNICATIONS with any agency or office of the City of Los Angeles, including but not limited to, the Los Angeles City Attorney's Office, the Department of Housing, Fire Department, Police Department, and Department of Building and Safety, concerning the CONDITION OF THE PROPERTY.

**DEMAND FOR PRODUCTION NO. 2:**

All DOCUMENTS that reflect or refer to COMMUNICATIONS with the County of Los Angeles, including but not limited to, the Los Angeles County Department of Health Services, concerning the CONDITION OF THE PROPERTY.

**DEMAND FOR PRODUCTION NO. 3:**

To the extent not already produced, All DOCUMENTS that reflect or refer to COMMUNICATIONS with any of the plaintiffs regarding the CONDITION OF THE PROPERTY.

**DEMAND FOR PRODUCTION NO. 4:**

To the extent not already produced, All DOCUMENTS that reflect or refer to

6

BROWNSTEIN H.... ...RBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

1   COMMUNICATIONS with any of the plaintiffs regarding any other matter related to

2   this litigation.

3   **DEMAND FOR PRODUCTION NO. 5:**

4       All DOCUMENTS that reflect or refer to any COMMUNICATIONS to any

5   individual or entity concerning the maintenance, restoration, repair, rehabilitation, or

6   improvements made at the PROPERTY at any time from the time YOU purchased

7   the property, to the present.

8   **DEMAND FOR PRODUCTION NO. 6:**

9       All DOCUMENTS that reflect or refer to any COMMUNICATIONS to any

10  individual or entity concerning the maintenance, restoration, repair, rehabilitation, or

11  improvements proposed to be made at the PROPERTY at any time from the time

12  YOU purchased the property to the present.

13  **DEMAND FOR PRODUCTION NO. 7:**

14      All DOCUMENTS that reflect or refer to YOUR efforts, if any, to correct any

15  CONDITION OF THE PROPERTY that you were informed of which by any City or

16  County PERSON.

17  **DEMAND FOR PRODUCTION NO. 8:**

18      All DOCUMENTS that reflect or refer to water service at the PROPERTY

19  including, but not limited to, any interruption of or repair to water service, at any time

20  from the time YOU purchased the property to the present.

21  **DEMAND FOR PRODUCTION NO. 9:**

22      All DOCUMENTS that reflect or refer to gas service at the PROPERTY

23  including, but not limited to, any interruption of or repair to gas service, at any time

24  from the time YOU purchased the property to the present.

25  **DEMAND FOR PRODUCTION NO. 10:**

26      All DOCUMENTS that reflect or refer to electrical service at the PROPERTY

27  including, but not limited to, any interruption of or repair to electrical service, at any

28  time the time YOU purchased the property to the present.

BROWNSTEIN HY. ARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

BROWNSTEIN HY... ...RBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

**DEMAND FOR PRODUCTION NO. 11:**

All DOCUMENTS that reflect or refer to efforts to eradicate vermin or prevent them from infesting the PROPERTY, at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 12:**

All DOCUMENTS that reflect or refer to plumbing at the PROPERTY including, but not limited to, installation or maintenance of plumbing pipes or fixtures, at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 13:**

All DOCUMENTS that reflect or refer to electrical systems at the PROPERTY including, but not limited to, the repair, installation or maintenance of smoke detectors at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 14:**

All DOCUMENTS that reflect or refer to electrical wiring or connections at the PROPERTY including, but not limited to, the repair, installation or maintenance of electrical wiring or outlets, at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 15:**

All DOCUMENTS that reflect or refer to lead-based paint at the PROPERTY including, but not limited to, the removal of lead-based paint at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 16:**

All DOCUMENTS that reflect or refer to heating units at the PROPERTY, including, but not limited to the repair, installation or maintenance of heaters in the units, at any time from the time YOU purchased the property to the present.

**DEMAND FOR PRODUCTION NO. 17:**

All DOCUMENTS that reflect or refer to flooring at the PROPERTY including, but not limited to, the repair, installation or maintenance of linoleum or

1   carpeting in individual units or common areas, at any time from the time YOU

2   purchased the property to the present.

3   **DEMAND FOR PRODUCTION NO. 18:**

4       All DOCUMENTS that reflect or refer to windows and window screens at the

5   PROPERTY including, but not limited to, the repair, installation or maintenance

6   window panes or screens, at any time from the time YOU purchased the property to

7   the present.

8   **DEMAND FOR PRODUCTION NO. 19:**

9       All DOCUMENTS that reflect or refer to any remodeling, refurbishing or other

10  physical alteration to the PROPERTY from the time YOU purchased the

11  PROPERTY to the present.

12

13  Dated:    March 11, 2011          BROWNSTEIN HYATT FARBER
                                      SCHRECK, LLP
14

15

16  By: _____
        DEBORAH DROOZ
17      BARBARA SCHULTZ
        Attorneys for Counterclaimants
18      ALVIN TAYLOR, SAVERIO
        MANISCALCO, AND LA CAN

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is 2029 Century Park East, Suite 2100, Los Angeles, California 90067. On March 11, 2011, I served the within document(s):

**COUNTERCLAIMANTS DEMAND FOR PRODUCTION OF DOCUMENTS**

☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐      by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒      by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒      By personally transmitting the document(s) via electronic service to the e-mail address(es) set forth below on this date.

addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 11, 2011, at Los Angeles, California.

_____
Colleen DeLee

10

SERVICE LIST

640 South Main Partners, LLC et al v. City of Los Angeles
U.S.D.C. Case No. 2:08-cv-03611-DDP-JTL

Brant H. Dveirin
G. Ross Trindle, III, Esq.
Juanita Estella Mantz, Esq.
Best Best & Krieger
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Tel:  (213) 617-8100
Fax: (213) 617-7480
Email:  brant.dveirin@bbklaw.com
Email:  ross.trindle@bblklaw.com
Email:  Juanita.mantz@bbklaw.com

Joshua B. Wagner
Christopher R. Murphy
Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071
Tel.: (213) 576-5000
Fax:  (213) 680-4470
Email:  jwagner@gordonrees.com
Email:  cmurphy@gordonrees.com

Alfred E. Augustini, Esq.
Nazila Danesh, Esq.
Augustini Law Offices
515 S. Figueroa St., Ste. 321
Los Angeles, CA  90071
Tel:  (213) 629-8888
Fax:  (213) 688-7600
Email:  alaugie@alaugie.com
Email:  nazy@dd-llp.com

Jeff Augustini, Esq.
Gordee, Nowicki & Augustini LLP
8105 Irvine Center Drive, Suite 870
Newport Beach, CA  92615
Tel:  (949) 567-9923
Fax:  (949) 567-9928
Email:  jaugustini@gna-law.com

Barbara Schultz, Esq.
Legal Aid Foundation of Los Angeles
1550 W. 8th Street
Los Angeles, CA  90017
Tel:  (213) 640-3823
Fax: (213) 640-3850
Email:  bschultz@lafla.org

Lawrence C. Ecoff, Esq.
Philip H.R. Nevinny, Esq.
Ecoff, Blut & Salomons, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, California  90212
Tel: (310) 887-1850
Fax:  (310) 887-1855
e-mail:  ecoff@ecofflaw.com

BROWNSTEIN HY...BER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

11