JOSHUA B. WAGNER  (SBN:  199570)
SAT SANG S. KHALSA  (SBN:  256130)
GORDON & REES LLP
633 West Fifth Street
Suite 5200
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
Email:  jwagner@gordonrees.com
Email:  skhalsa@gordonrees.com

Attorneys for Counter-Defendants
640 SOUTH MAIN STREET PARTNERS,
HSC PROPERTIES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendants.<br>_____<br>LA CAN, a non-profit corporation, ALVIN TAYLOR AND SAVERIO MANISCALCO, individuals<br><br>Counter-Claimants,<br><br>vs.<br><br>640 SOUTH MAIN STREET PARTNERS, HSC PROPERTIES, LLC,<br><br>Counter-Defendants.<br>_____ | CASE NO.  CV08-03611 DDP (AGRx)<br><br>Judge: Hon. Dean D. Pregerson<br><br>**DISCOVERY MATTER DECLARATION OF SAT SANG S. KHALSA IN OPPOSITION TO COUNTERCLAIMANTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON THEIR MOTION TO COMPEL** |

*(left margin)* Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA  90071

- 1 -

DECLARATION OF SAT SANG S. KHALSA IN OPPOSITION TO COUNTERCLAIMAINTS'
EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME

## DECLARATION OF SAT SANG S. KHALSA

I, SAT SANG S. KHALSA , declare as follows:

1.      I am an attorney at law, duly admitted to practice law in the United States District Court for the Central District of California and am an associate with the law firm of Gordon & Rees LLP, counsel of record for Counter-Defendants' 640 South Main Street Partners and HSC Properties, LLC (hereinafter collectively "Counter-Defendants") in the above entitled action. I have personal knowledge of the following facts and if called as a witness could and would testify competently thereto. I submit this declaration opposition to Ex Parte Application for an Order Shortening Time for Hearing Their Motion to Compel Depositions of Persons Most Knowledgeable about (1) Status, (2) Maintenance and Operation and (3) Purchase of the Hotel, submitted by Intervenors Alvin Taylor, Saviero Maniscalco and LA CAN (hereinafter collectively "Intervenors.")

2.      There is no good cause to hear this matter on an ex parte basis, as Intervenors' Application merely relies on hypotheticals in stating that "*if the Motion is not heard on shortened time and the depositions ordered forthwith, Counterclaimants might still be denied highly relevant information …*" (Application p. 2: 12-13) (emphasis added).

3.      However, under Central District Local Rule 37-3, Discovery motions can be set for the next motion day at least 21 days after filing. Intervenors' Motion to Compel was filed on June 23, 2011, and therefore at the Court's discretion can be heard on July 14, 2011, without placing Counter-Defendants at the disadvantage of being unable to substantively respond to Intervenors' Motion. As Intervenors' note in the Application, the Discovery Cutoff is August 12, 2011, nearly one month after the potential hearing date.

4.      Indeed, the exigency behind Intervenors' request is their ongoing insistence, despite this clear requirements that they not be required to sit for their

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

**DECLARATION OF SAT SANG S. KHALSA IN OPPOSITION TO COUNTERCLAIMAINTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**

1    own depositions, until after the completion of the depositions of Counter-

2    Defendants own witnesses.

3           5.     Counter-Defendant's noticed the depositions of Intervenors' Taylor

4    and Maniscalco in February 2011.

5           6.     Thereafter, with the participation of the Court, the parties attempted to

6    resolve the matter through a series of settlement conferences, but to date the matter

7    has not been resolved.

8           7.     On May 16, 2011, I contacted counsel for Intervenors' to inquire as to

9    dates when Mr. Taylor and Mr. Maniscalco would be available for their

10   depositions.   Attached as Exhibit 1 is a true and correct copy of my email to

11   Deborah Drooz.

12          8.     That same day, Ms. Drooz responded, acknowledging the obligation

13   to make Mr. Taylor and Mr. Maniscalco available for deposition, but refusing to do

14   so until the depositions of Counter-Defendants' witnesses were completed.

15   Attached as Exhibit 2 is a true and correct copy of Ms. Drooz' email.

16          9.     In response, that same day, I advised Ms. Drooz that Intervenors'

17   position as to deposition priority was not supported by the Federal Rules of Civil

18   Procedure.   Attached as Exhibit 3 is a true and correct copy of my email response

19   to Ms. Drooz.

20          10.    On June 16, 2011, the Court requested that the parties participate in a

21   Status Conference regarding Settlement.   At that telephonic hearing, I informed the

22   Court that Counter-Defendants could not meaningfully evaluate the tort claims

23   raised by Intervenors until such time as the depositions of Taylor and Maniscalco

24   were completed.   The Court inquired of counsel for Intervenors, Barbara Schultz,

25   why they had not been made available.   Ms. Schultz maintained that Intervenors'

26   would not appear for deposition until Counter-Defendants' witnesses depositions

27   had been taken.   The Court informed Ms. Schultz that such a position was

28

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

**DECLARATION OF SAT SANG S. KHALSA IN OPPOSITION TO COUNTERCLAIMAINTS'
EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**

1   untenable under the Federal Rules.

2       11.    At the conclusion of the June 16, 2011, Status Conference, the Court

3   ordered the parties to report no later than June 29, 2011, what remaining discovery

4   needed to be completed in order to meaningfully mediate the tort claims, and on

5   what date the parties would be able to participate in a Settlement Conference with

6   respect to the tort claims.

7       12.    Thereafter, on June 22, 2011, Counsel for Counter-Defendants' Josh

8   Wagner sent an email to Ms. Schultz and Ms. Drooz for dates when Taylor and

9   Maniscalco would be available for deposition.  Attached as Exhibit 4 is a true and

10   correct copy of Mr. Wagner's email to Deborah Drooz.

11       13.    The only meaningful response was the instant Motion to Compel and

12   Ex Parte Application, which were filed the following day on June 23, 2011.

13       14.    For "good cause" shown, a court on request may order that the time be

14   shortened for notice of a motion.  Fed. Rules. Civ. Pro Rule 6(c)(1)(C); see *United*

15   *States v. Fitch* (9th Cir. 1973) 472 F.2d 548, 549, fn. 5 (per curiam).  However, the

16   facts here do not satisfy the requirement of "irreparable harm" or "prejudice"

17   required to show good cause.

18       15.    For the foregoing reasons, Counter-Defendants' respectfully request

19   that the Court deny Intervenors' Ex Parte Application and permit the Motion to

20   Compel be heard on a duly noticed basis.

21       Executed this 27th day of June, 2011 at Los Angeles, California.  I declare

22   under penalty of perjury pursuant to the laws of the United States of America that

23   the foregoing is true and correct.

24

25                         /S/

                      Sat Sang S. Khalsa

26

27

28

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

- 4 -

**DECLARATION OF SAT SANG S. KHALSA IN OPPOSITION TO COUNTERCLAIMAINTS'**
**EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**

**EXHIBIT 1**

## Sat Sang Khalsa

**From:** Sat Sang Khalsa [skhalsa@gordonrees.com]
**Sent:** Monday, May 16, 2011 11:38 AM
**To:** Drooz, Deborah
**Cc:** Joshua Wagner; Lawrence C. Ecoff, Esq.; Barbara J. Schultz, Esq.; Philip H.R. Nevinny-Stickel, Esq.; ZRCP.1056249.LEGAL@worksite.gordonrees.com; Alfred E. Augustini Esq.
**Subject:** RE: Meet and Confer re Counterclaimants Requests for documents.


Ms. Drooz,

At your earliest convenience, please provide dates when you will make your clients, Mr. Taylor and Mr. Maniscalco available for their previously noticed depositions. Given the approaching discovery deadlines, Counter-Defendants require a response by close of business on Wednesday May 18, 2011. If neccessary we are prepared to engage in appropriate motion practice to compel.

Please feel free to contact me if you have any questions.

Regards,

Sat Sang Khalsa



 Please consider the environment before printing this email.

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.
IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com

**EXHIBIT 2**

**Sat Sang Khalsa**

| | |
|---|---|
| **From:** | Drooz, Deborah [DDrooz@bhfs.com] |
| **Sent:** | Monday, May 16, 2011 2:43 PM |
| **To:** | Sat Sang Khalsa |
| **Cc:** | Alfred E. Augustini Esq.; Joshua Wagner; Lawrence C. Ecoff, Esq. |
| **Subject:** | RE: Meet and Confer re Counterclaimants Requests for documents. |
| **Attachments:** | gordonrees_emailLogoLeft.jpg; gordonrees_emailLogoright.jpg |

Dear Sat Sang,

We are pleased you have become involved in this case. You have been extremely responsive to our emails and are obviously interested in moving discovery forward.

We recognize our obligation to produce the Intervenors for deposition. However we have been attempting to conduct the depositions of plaintiffs'/counterdefendants' 30(b)(6) witnesses for nearly a year and have either been ignored or have been met with resistance and objections. We hope that your involvement in the case will help us to negotiate these obstacles.  To that end, we assure you that we will make Mr. Maniscalco and Mr. Taylor available for deposition as soon as the 30(b)(6) depositions have been completed.

Very truly yours,

Deborah

**From:** Sat Sang Khalsa [mailto:skhalsa@gordonrees.com]
**Sent:** Monday, May 16, 2011 11:38 AM
**To:** Drooz, Deborah
**Cc:** Joshua Wagner; Lawrence C. Ecoff, Esq.; Barbara J. Schultz, Esq.; Philip H.R. Nevinny-Stickel, Esq.; ZRCP.1056249.LEGAL@worksite.gordonrees.com; Alfred E. Augustini Esq.
**Subject:** RE: Meet and Confer re Counterclaimants Requests for documents.


Ms. Drooz,

At your earliest convenience, please provide dates when you will make your clients, Mr. Taylor and Mr. Maniscalco available for their previously noticed depositions.  Given the approaching discovery deadlines, Counter-Defendants require a response by close of business on Wednesday May 18, 2011.  If neccessary we are prepared to engage in appropriate motion practice to compel.

Please feel free to contact me if you have any questions.

Regards,

Sat Sang Khalsa

| ☒ | Gordon & Rees LLP | | ☒ | Gordon & Rees LLP |

**SAT SANG S. KHALSA**
Associate
skhalsa@gordonrees.com

633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Main Phone: (213) 576-5000
Fax: (213) 680-4470

www.gordonrees.com

**National Offices:**
California
New York
Texas
Illinois
Nevada
Arizona
Colorado
Washington
Oregon
New Jersey
Florida
Georgia

Please consider the environment before printing this email.

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago  * Phoenix * Dallas *
New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.
IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
**http://www.gordonrees.com**

6/27/2011

**EXHIBIT 3**

## Sat Sang Khalsa

| | |
|---|---|
| **From:** | Sat Sang Khalsa [skhalsa@gordonrees.com] |
| **Sent:** | Monday, May 16, 2011 3:05 PM |
| **To:** | Drooz, Deborah |
| **Cc:** | Alfred E. Augustini Esq.; Joshua Wagner; Lawrence C. Ecoff, Esq.; ZRCP.1056249.LEGAL@worksite.gordonrees.com |

**Subject:** RE: Meet and Confer re Counterclaimants Requests for documents.

Dear Ms. Drooz,

I appreciate your kind words, however, I understand that there are a number of factors that have impacted the pace of this case. Also, while I understand your position with respect to the timing of depositions, Counter-Defendants cannot afford to stagger these depositions as you propose, nor is their any basis for conditioning Mr. Taylor's and Mr. Maniscalco's depositions on any other discovery obligation.

As you are aware, under FRCP Rule 26(d)(2), there is no rule of sequence with respect to deposition priority in Federal Court. The discovery cut-off is presently set for June 13, 2011, and the Motion Cut-Off date is June 18, 2011. Unless the parties are willing to stipulate, AND the Court grants a further continuance, Counter-Defendants simply cannot wait until the completion of the other noticed depositions. The depositions of Mr. Taylor and Mr. Maniscalco were originally noticed in February 2011.

I urge you to reconsider your position with respect to the deposition sequence and instead provide actual dates when your clients will be available. Given that you recognize the obligation to produce your clients for deposition, it seems wasteful of resources to engage in motion practice. If you would like to propose an alternative, I am happy to consider options that do not prejudice the rights of Counter-Defendants.

Regards,

Sat Sang Khalsa

---

**From:** Drooz, Deborah [mailto:DDrooz@bhfs.com]
**Sent:** Monday, May 16, 2011 2:43 PM
**To:** Sat Sang Khalsa
**Cc:** Alfred E. Augustini Esq.; Joshua Wagner; Lawrence C. Ecoff, Esq.
**Subject:** RE: Meet and Confer re Counterclaimants Requests for documents.

Dear Sat Sang,

We are pleased you have become involved in this case. You have been extremely responsive to our emails and are obviously interested in moving discovery forward.

We recognize our obligation to produce the Intervenors for deposition. However we have been attempting to conduct the depositions of
plaintiffs'/counterdefendants' 30(b)(6) witnesses for nearly a year and have either been

ignored or have been met with resistance and objections. We hope that your involvement in the case will help us to negotiate these obstacles. To that end, we assure you that we will make Mr. Maniscalco and Mr. Taylor available for deposition as soon as the 30(b)(6) depositions have been completed.

Very truly yours,

Deborah

---

**From:** Sat Sang Khalsa [mailto:skhalsa@gordonrees.com]
**Sent:** Monday, May 16, 2011 11:38 AM
**To:** Drooz, Deborah
**Cc:** Joshua Wagner; Lawrence C. Ecoff, Esq.; Barbara J. Schultz, Esq.; Philip H.R. Nevinny-Stickel, Esq.; ZRCP.1056249.LEGAL@worksite.gordonrees.com; Alfred E. Augustini Esq.
**Subject:** RE: Meet and Confer re Counterclaimants Requests for documents.


Ms. Drooz,

At your earliest convenience, please provide dates when you will make your clients, Mr. Taylor and Mr. Maniscalco available for their previously noticed depositions. Given the approaching discovery deadlines, Counter-Defendants require a response by close of business on Wednesday May 18, 2011. If neccessary we are prepared to engage in appropriate motion practice to compel.

Please feel free to contact me if you have any questions.

Regards,

Sat Sang Khalsa

| ☒ Gordon & Rees LLP | ☒ Gordon & Rees LLP |
|---|---|
| **SAT SANG S. KHALSA** <br> Associate <br> skhalsa@gordonrees.com <br><br> 633 West Fifth Street, 52nd Floor <br> Los Angeles, CA 90071 <br> Main Phone: (213) 576-5000 <br> Fax: (213) 680-4470 <br><br> www.gordonrees.com | **National Offices:** <br> California <br> New York <br> Texas <br> Illinois <br> Nevada <br> Arizona <br> Colorado <br> Washington <br> Oregon <br> New Jersey <br> Florida <br> Georgia |

 Please consider the environment before printing this email.

---

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended

recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.
IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any
attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
**http://www.gordonrees.com**

**EXHIBIT 4**

## Sat Sang Khalsa

| | |
|---|---|
| **From:** | Joshua Wagner |
| **Sent:** | Wednesday, June 22, 2011 1:44 PM |
| **To:** | 'Drooz, Deborah'; Barbara Schultz; Alfred E. Augustini Esq.; Sat Sang Khalsa |
| **Cc:** | Brant Dveirin; Larry Ecoff; 1056249 - LA CAN, et al. v. 640 South Main Street Partners (ZRCP-1056249.LEGAL@worksite.gordonrees.com) |
| **Subject:** | Cecil Hotel Litigation |

Dear Deborah and Barbara,

I am writing in furtherance to my conversation with Al Augustini this morning as to the outcome of the eighth session of the Mandatory Settlement Conference with Judge Rosenberg on June 20th to request that you provide dates in July when you and your clients, Messrs. Maniscalco and Taylor, are available for their depositions.

Please also note that I have apprised Judge Rosenberg's clerk Marina that Cross-Defendant 640 SMS consents to oral argument and a hearing to resolve the Intervener's discovery dispute in lieu of a Joint Stipulation or noticed motion.

Regards,

Josh

GORDON & REES LLP   RESPONSIVE • RESOURCEFUL • RESULTS

**JOSHUA B. WAGNER**
Partner
jwagner@gordonrees.com

633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Main Phone: (213) 576-5000
Fax: (213) 680-4470

www.gordonrees.com

National Offices:
California
New York
Texas
Illinois
Nevada
Arizona
Colorado
Washington
Oregon
New Jersey
Florida
Georgia