UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | July 6, 2011 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers) TELEPHONIC SETTLEMENT CONFERENCE

The Court schedules a telephonic settlement conference on Thursday, July 7, 2011 at 3:00 p.m. for Plaintiffs and the City. Counsel for the City is ordered to initiate the conference and provide the participants with the call-in information.

cc:   Parties

0     0
Initials of Preparer   mp