JOSHUA B. WAGNER (SBN: 199570)
SAT SANG S. KHALSA (SBN: 256130)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: jwagner@gordonress.com
Email: skhalsa@gordonrees.com

Attorneys for Counter-Defendants
640 SOUTH MAIN STREET PARTNERS,
HSC PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendants.<br><br>———————————————<br>LA CAN, a non-profit corporation, ALVIN TAYLOR AND SAVERIO MANISCALCO, individuals<br><br>Counter-Claimants,<br><br>vs.<br><br>640 SOUTH MAIN STREET PARTNERS, HSC PROPERTIES, LLC,<br><br>Counter-Defendants. | Case No. 08-cv-3611–DDP-JTL<br>Magistrate Judge: Hon. Alicia G. Rosenberg<br><br>**DISCOVERY MATTER**<br>**NOTICE OF JOINDER AND JOINDER OF 640 SOUTH MAIN STREET PARTNERS, LLC'S TO PLAINTIFFS' OPPOSITION TO COUNTERCLAIMANTS' MOTIONS TO COMPEL PMK DEPOSITIONS AND RELATED REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>**Date: July 8, 2011**<br>**Time: 10:00 a.m.**<br>**Place: Crtrm "D"**<br><br>Action Filed:  May 5, 2008<br>Action Removed:  June 3, 2008<br>Discovery Cut-Off: August 12, 2011<br>Trial Date:  February 7, 2012 |

---

- 1 -
**NOTICE OF JOINDER AND JOINDER OF 640 SOUTH MAIN STREET TO PLAINTIFF'S
OPPOSITION TO COUNTERCLAIMANS' MOTION TO COMPEL**

### TO THIS HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

Counter-Defendant 640 South Main Street Partners, LLC ("640 South Main Street") hereby joins in Plaintiff's Opposition to Counter-Claimants Motion to Compel PMK Depositions and Related Requests for Production of Documents. South Main Street Partners joins in the Memorandum of Points and Authorities filed in support of Plaintiff's Opposition, evidence and Declarations and the exhibits attached thereto as if fully set forth herein and incorporated herein by reference.

Dated:  July 7, 2011                                        GORDON & REES LLP

By: /S/ S. Khalsa
JOSHUA B. WAGNER
SAT SANG S. KHALSA
Attorneys for Counter-Defendants
640 SOUTH MAIN STREET
PARTNERS, HSC PROPERTIES, LLC

ZRCP/1056249/10094977v.1

- 2 -

**NOTICE OF JOINDER AND JOINDER OF 640 SOUTH MAIN STREET TO PLAINTIFF'S OPPOSITION TO COUNTERCLAIMANTS' MOTION TO COMPEL**