## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-03611-DDP (AGRx) | | Date | July 7, 2011 |
|---|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| Alfred E. Augustini | Brant H. Dveirin |

**Proceedings:**        **SETTLEMENT CONFERENCE**

The tenth session of the settlement conference is telephonically conducted off the record. Alfred E. Augustini, Esq. appears on behalf of Plaintiffs.  Brant H. Dveirin, Esq. appears on behalf of Defendant City of Los Angeles.

Counsel for Plaintiffs shall contact the clerk on or before July 8, 2011. The settlement conference set for July 11, 2011, at 10:00 a.m. is taken off calendar.

cc:    Judge Dean D. Pregerson
       Parties

                                                                         45

                                      Initials of Preparer    mp