UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | August 30, 2011 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| Alfred E. Augustini | Breant H. Dveirin |

**Proceedings:**   **SETTLEMENT CONFERENCE - THIRTEENTH SESSION**

The thirteenth session of the settlement conference is held off the record. Alfred E. Augustini, Esq. appears on behalf of Plaintiff. Brent H. Dveirin, Esq. appears on behalf of Defendant City of Los Angeles.

All counsel are reminded that a further telephonic settlement status conference is set for September 9, 2011, at 11:00 a.m. The calling number for the status conference is (888) 435-4283 and the password is (213) 576-5016.

The parties are ORDERED to appear telephonically on the date and time indicated above.

cc:   Judge Dean D. Pregerson
      Parties

|  | 5 | 00 |
|---|---|---|
| | Initials of Preparer | mp |