# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | October 27, 2011 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|
| Alfred E. Augustini<br>Sat Sang Khalsa | Barbara J. Schultz<br>Brant H. Dveirin |

**Proceedings:** **TELEPHONIC SETTLEMENT STATUS CONFERENCE-SEVENTEENTH SESSION**

A telephonic settlement status conference is held off the record. Alfred E. Augustini, Esq. appears on behalf of Plaintiff; Sat Sang Khalsa, Esq. appears on behalf of Counter-Defendant 640 South Main Street Partners, LLC; Barbara J. Schultz, Esq. appears on behalf of Intervenors; Brant H. Dveirin, Esq. appears on behalf of Defendant City of Los Angeles.

A telephonic settlement status conference (eighteenth session) is set for November 10, 2011, at 11:00 a.m. The call-in number for the settlement conference is (888) 761-8885 and the passcode is (213) 617-7491.

The parties are ORDERED to appear telephonically on the date and time indicated above.

cc:   Judge Dean D. Pregerson
      Parties

                                                                    0      45

Initials of Preparer   mp