1  BRANT H. DVEIRIN, Bar No. 130621
   brant.dveirin@bbklaw.com
2  G. ROSS TRINDLE III, Bar No. 228654
   ross.trindle@bbklaw.com
3  WENDY Y. WANG, Bar No. 228923
   wendy.wang@bbklaw.com
4  BEST BEST & KRIEGER LLP
   300 South Grand Avenue, 25th Floor
5  Los Angeles, CA  90071
   Telephone: (213) 617-8100
6  Facsimile: (213) 617-7480

7  Attorneys for Defendant
   CITY OF LOS ANGELES
8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>          Defendants. | Case No.  CV08-03611 DDP (AGRx)<br><br>Assigned to the Honorable Dean D. Pregerson<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE AND RELATED PRE-TRIAL DEADLINES---DUE TO PARTIES REACHING A SETTLEMENT OF THIS AND THE RELATED STATE COURT CASE** |
| LOS ANGELES COMMUNITY NETWORK,<br><br>          Counterclaimant,<br><br>v.<br><br>640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC,<br><br>          Counterdefendants. | Action Filed:     May 5, 2008<br>Action Removed: June 3, 2008<br>**Trial Date:        February 7, 2012** |

65035.00001\6997195.6

STIPULATION TO CONTINUE DUE TO SETTLEMENT
Case No.  CV08-03611 DDP (AGRx)

## STIPULATION

TO THE HONORABLE COURT:

Plaintiffs 640 South Main Street Partners, LLC and HSC Properties LLC ("Plaintiffs"), by and through their counsel of record; Defendant City of Los Angeles ("Defendant"), by and through its counsel of record; Interveners/Counterclaimants, by and through their counsel of record; and Counter-Defendants 640 South Main Street Partners, LLC and HSC Properties LLC ("Counter-Defendants"), by and through their counsel of record, hereby agree and stipulate as follows:

1. Since the Court set the trial date of February 7, 2012, the Parties have continued to be actively engaged in settlement of this case ("Federal Action"), and also settlement of a related state case, *HSC Properties (Cecil), LLC, et al. vs. Colliers Seeley International, Inc., et al.*, LA Sup. Ct. Case No. BC 408147 ("HSC State Action").

2. The Parties are pleased to report that they have reached a settlement of this entire Federal Action, as well as settlement of the entire HSC State Action, that will result in dismissals with prejudice of both actions.

3. There are three settlement agreements in the Federal Action and HSC State Action, all nearly finalized, which will very likely be signed in the next two weeks, as follows:

    a. Settlement Agreement of the HSC State Action, between the parties in the HSC State Action, which are some of the same parties in the Federal Action, pursuant to which payment is being made to one of the parties. The

settlement payment, as well as other conditions, is set to close by no later than December 31, 2011;

      b. Settlement Agreement of the Complaint in the Federal Action, between Plaintiff owners of the Cecil Hotel and Defendant City of Los Angeles, pursuant to which Plaintiff owners will agree to Residential Hotel Status and to having an agreed number of Residential Units, which is conditioned on the closing by December 31, 2011 of the HSC State Action Settlement Agreement;

      c. Settlement Agreement of Intervenors' Counter-Claims in the Federal Action, between Plaintiff owners of the Cecil Hotel and the Intervenors, pursuant to which a settlement payment will be made to Intervenors, which is conditioned on settlement of the Complaint in the Federal Action, and is therefore also conditioned on the closing by December 31, 2011 of the HSC State Action Settlement Agreement; and

      d. The lender on the Cecil Hotel has agreed to accept a deed in lieu of foreclosure from 640 and HSC, which deed in lieu, as well as other conditions, are set to close by no later than December 31, 2011.

4. The Parties in the Federal Action have keep Magistrate Judge Alicia G. Rosenberg, fully informed of this global settlement and the terms of settlement, and the progress of finalizing the Settlement Agreements, through bi- weekly conference calls with Judge Rosenberg and all Parties, as evidenced by the minute orders by Judge Rosenberg in the Court's docket.

5. The Parties initially expected all three Settlement Agreements to be fully signed before submitting this stipulation, but there remain a few issues to be

resolved, which has delayed signatures slightly, but the Parties fully expect all three Settlement Agreements to be signed in the next two weeks, and then the Parties will need to wait until no later than December 31, 2011 for all of these four related transactions to close.

6. Because of the pending settlement of the Federal Action and the HSC State Action, and the fact that the Settlement Agreements in the Federal Action are conditioned on the closing by December 31, 2011 in the HSC State Action Settlement Agreement, the Parties in the Federal Action should not have to prepare for trial and complete what may be unnecessary discovery, and fight certain costly discovery motions and file certain motions for summary judgment, etc., prior to finalizing the settlements in the Federal Action. Therefore, the Parties have agreed to stipulate to continue the present February 7, 2012 trial date, and all attendant pre-trial deadlines, for four (4) months to provide sufficient time to allow the global settlement to be finalized and closed and the entire Federal Action to be dismissed with prejudice.

7. The Parties have all agreed to continue the presently scheduled trial and all related procedural deadlines as follows:

| | |
|---|---|
| Discovery Cut-Off: | On/after March 16, 2012 |
| Last Day to File Motions: | On/after March 16, 2012 |
| Final Pre-Trial Conf: | On/after May 23, 2011 |
| Jury Trial: | On/after July 7, 2012 |

LAW OFFICES OF
Best Best & Krieger LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071

So stipulated and agreed:

Dated: October 28, 2011

BEST BEST & KRIEGER LLP

By: _____
BRANT H. DVEIRIN
G. ROSS TRINDLE III
WENDY Y. WANG
Attorneys for Defendant
CITY OF LOS ANGELES

Dated: October ____, 2011

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
DEBORAH DROOZ, ESQ.
BARBARA SCHULTZ, ESQ.
Attorneys for Counterclaimants
Alvin Taylor, Saverio Maniscalco, and LA CAN

Dated: October 28, 2011

AUGUSTINI LAW OFFICES

By: _____
ALFRED E. AUGUSTINI, ESQ.
Attorneys for Plaintiffs, 640 South Main Street Partners, LLC and HSC Properties LLC (Main Action)

Dated: October ____, 2011

GORDON & REES, LLP

By: _____
JOSHUA B. WAGNER ESQ.
Attorneys for Counter-Defendant 640 South Main Street Partners, LLC

LAW OFFICES OF
Best Best & Krieger LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071

65035.00001\6997195.6

4

STIPULATION TO CONTINUE DUE TO SETTLEMENT

So stipulated and agreed:

Dated: October ____, 2011       BEST BEST & KRIEGER LLP


By:_____
   BRANT H. DVEIRIN
   G. ROSS TRINDLE III
   WENDY Y. WANG
   Attorneys for Defendant
   CITY OF LOS ANGELES


Dated: October 24, 2011        BROWNSTEIN HYATT FARBER SCHRECK, LLP


By:_____
   DEBORAH DROOZ, ESQ.
   BARBARA SCHULTZ, ESQ.
   Attorneys for Counterclaimants
   Alvin Taylor, Saverio Maniscalco,
   and LA CAN


Dated: October ____, 2011       AUGUSTINI LAW OFFICES


By:_____
   ALFRED E. AUGUSTINI, ESQ.
   Attorneys for Plaintiffs, 640 South
   Main Street Partners, LLC and HSC
   Properties LLC (Main Action)


Dated: October ____, 2011       GORDON & REES, LLP


By:_____
   JOSHUA B. WAGNER ESQ.
   Attorneys for Counter-Defendant 640
   South Main Street Partners, LLC

LAW OFFICES OF
Best Best & Krieger LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071

So stipulated and agreed:

Dated:   October ____, 2011          BEST BEST & KRIEGER LLP


                                     By:_____
                                        BRANT H. DVEIRIN
                                        G. ROSS TRINDLE III
                                        WENDY Y. WANG
                                        Attorneys for Defendant
                                        CITY OF LOS ANGELES


Dated:   October ____, 2011          BROWNSTEIN HYATT FARBER
                                     SCHRECK, LLP


                                     By:_____
                                        DEBORAH DROOZ, ESQ.
                                        BARBARA SCHULTZ, ESQ.
                                        Attorneys for Counterclaimants
                                        Alvin Taylor, Saverio Maniscalco,
                                        and LA CAN


Dated:   October ____, 2011          AUGUSTINI LAW OFFICES


                                     By:_____
                                        ALFRED E. AUGUSTINI, ESQ.
                                        Attorneys for Plaintiffs, 640 South
                                        Main Street Partners, LLC and HSC
                                        Properties LLC (Main Action)


Dated:   October  26 , 2011          GORDON & REES, LLP


                                     By: _____/s/_____ for
                                        JOSHUA B. WAGNER ESQ.
                                        Attorneys for Counter-Defendant 640
                                        South Main Street Partners, LLC

LAW OFFICES OF
Best Best & Krieger LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071

| | | |
|---|---|---|
| 1 | Dated: October 28, 2011 | ECOFF BLUT, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | LAWRENCE E. ECOFF, ESQ.<br>PHILIP H.R. NEVINNY, ESQ. |
| 5 | | Attorneys for Counter-Defendant<br>HSC Properties, LLC |

LAW OFFICES OF
Best Best & Krieger LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071