BRANT H. DVEIRIN, Bar No. 130621
Brant.Dveirin@bbklaw.com
G. ROSS TRINDLE, III, Bar No. 228654
Ross.Trindle@bbklaw.com
WENDY Y. WANG, Bar No. 228923
Wendy.Wang@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA  90071
Telephone: (213) 617-8100
Telecopier: (213) 617-7480

Attorneys for Defendant
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 640 SOUTH  MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC,<br><br>             Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES,<br><br>             Defendant. | Case No. CV 08-03611 DDP (AGRx)<br><br>**ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES – DUE TO PARTIES REACHING A SETTLEMENT OF THIS AND THE RELATED STATE COURT CASE** |
| LA CAN, a non-profit corporation, ALVIN TAYLOR, and SAVIERO MANISCALO, individuals,<br><br>             Counterclaimants,<br><br>      v.<br><br>640 MAIN STREET PARTNERS, LLC, and HSC PROPERTIES, LLC,<br><br>             Counterdefendants. | |

1   IT IS HEREBY ORDERED that the following dates are hereby continued:

2

3   Discovery Cut-Off:       March 16, 2012;

4   Last Day to File Motions:   April 16, 2012;

5   Final Pre-Trial Conf:     July 2, 2012 at 11:00 a.m.;

6   Jury Trial:              July 10, 2012 at 9:00 a.m.

7   .

8   IT IS SO ORDERED.

9

10

11  Dated:  November 05, 2011   _____

12                              HON. DEAN D. PREGERSON
                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28