UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03611-DDP (AGRx) | Date | November 10, 2011 |
|---|---|---|---|
| Title | 640 South Main Street Partners, LLC, et al. v. City of Los Angeles | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Respondent: |
|---|---|

**Proceedings:**    **TELEPHONIC SETTLEMENT STATUS CONFERENCE**

    A telephonic settlement status conference is held off the record. Alfred E. Augustini, Esq. appears on behalf of Plaintiff; Sat Sang Khalsa, Esq. appears on behalf of Counter-Defendant 640 South Main Street Partners, LLC; Barbara J. Schultz, Esq. appears on behalf of Intervenors; Brant H. Dveirin, Esq. appears on behalf of Defendant City of Los Angeles.

    A settlement has been reached. The parties shall lodge a Stipulation of Dismissal with the Court no later than **January 17, 2012.**

cc:    Judge Dean D. Pregerson
       Parties

                                                                       0         35

Initials of Preparer   mp