**AUGUSTINI LAW OFFICES**
Alfred E. Augustini    SBN 43204
alaugie@alaugie.com
515 S. Figueroa St., Ste. 340
Los Angeles, CA 90071
Tel: 213-629-8888
Fax: 213-688-7600

**GORDEE, NOWICKI & AUGUSTINI LLP**
Jeff Augustini    SBN 178358
jaugustini@gna-law.com
8105 Irvine Center Dr., Ste. 870
Irvine CA 92618
Tel: 949-567-9923
Fax: 949-567-9923

Attorneys for Plaintiffs:
640 SOUTH MAIN STREET PARTNERS, LLC, AND
HSC PROPERTIES, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC AND HSC PROPERTIES, LLC,<br><br>                    Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES,<br><br>                    Defendant.<br><br>LA CAN, a non-profit corporation, ALVIN TAYLOR, AND SAVERIO MANISCALCO, individuals.<br><br>                    Counterclaimants,<br>vs.<br><br>640 SOUTH MAIN STREET PARTNERS, LLC AND HSC PROPERTIES, LLC,<br><br>                    Counterdefendants. | Case No. 08-cv-3611–DDP-JTL<br>Magistrate Judge: Hon. Alicia G. Rosenberg<br><br>**STIPULATION TO EXTEND OSC DATE RE FILING DISMISSALS**<br><br>Action Filed:      May 5, 2008<br>Action Removed:  June 3, 2008<br>Trial Date:         July 10, 2012 |

# STIPULATION

TO THE HONORABLE COURT:

Plaintiffs and Counterdefendants 640 South Main Street Partners, LLC and HSC Properties LLC ("Plaintiffs"), Defendant City of Los Angeles ("Defendant") and Counterclaimants LACAN, Alvin Taylor and Saverio Maniscalco ("Counterclaimants") (individually and collectively, the "Parties"), all acting by and through their counsel of record, hereby agree and stipulate as follows:

1. The two pending settlement agreements among the Parties, which fully resolve all pending claims in this action, have been signed by all Parties, and the Parties are working diligently to fully perform these settlements.

2. The Plaintiffs/Intervenors settlement has been substantially performed, and those Parties anticipate all Intervenors' claims will be dismissed within the next ten days.

3. Performance of the Plaintiffs/City settlement awaits completion of a condition precedent, namely full performance of the settlements in the related State actions. The Parties are advised performance in the State actions will be completed in two weeks, thereby permitting full performance of the Plaintiff/City settlement, including dismissal of Plaintiffs' claims, by the end of this month.

Accordingly, the Parties have agreed and stipulated to continue the scheduled OSC date re filing of the dismissals from January 17, 2012 to January 31, 2012.

So stipulated and agreed:

Dated: January 13, 2012        AUGUSTINI LAW OFFICES

                               By: /s/ Alfred E. Augustini
                               ALFRED E. AUGUSTINI
                               Attorneys for Plaintiffs 640 South
                               Main Street Partners, LLC and HSC
                               Properties LLC (Main Action)

Dated: January 13, 2012        BEST BEST & KRIEGER LLP


                               By: _____
                               G. ROSS TRINDLE III
                               Attorneys for Defendant
                               City of Los Angeles (Main Action)

Dated: January 13, 2012        GORDON & REES, LLP


                               By: _____
                               JOSHUA B. WAGNER
                               Attorneys for Counter-Defendant
                               640 South Main Street Partners, LLC

Dated: January 13, 2012        LEGAL AID FOUNDATION OF LOS
                               ANGELES


                               BY: _____
                               BARBARA SCHULTZ
                               Attorneys for Counterclaimants
                               Alvin Taylor, Saverio Maniscalco
                               And LA CAN

Dated: January 13, 2012        ECOFF - BLUT, LLP


                               BY: _____
                               LAWRENCE E. ECOFF, ESQ.
                               Attorneys for Counter-Defendant
                               HSC Properties, LLC

**STIUPLATION EXTENDING OSC DATE RE DISMISSAL**

So stipulated and agreed:

Dated: January 13, 2012

AUGUSTINI LAW OFFICES

By: ALFRED E. AUGUSTINI
Attorneys for Plaintiffs 640 South Main Street Partners, LLC and HSC Properties LLC (Main Action)

Dated: January 13, 2012

BEST BEST & KRIEGER LLP

By: G. ROSS TRINDLE III
Attorneys for Defendant City of Los Angeles (Main Action)

Dated: January 13, 2012

GORDON & REES, LLP

By: JOSHUA B. WAGNER
Attorneys for Counter-Defendant 640 South Main Street Partners, LLC

Dated: January 13, 2012

LEGAL AID FOUNDATION OF LOS ANGELES

By: BARBARA SCHULTZ
Attorneys for Counterclaimants Alvin Taylor, Saverio Maniscalco And LA CAN

Dated:

ECOFF - BLUT, LLP

BY: LAWRENCE E. ECOFF, ESQ.
Attorneys for Counter-Defendant HSC Properties, LLC

So stipulated and agreed:

Dated: January 13, 2012                AUGUSTINI LAW OFFICES

                                       By: _____
                                       ALFRED E. AUGUSTINI
                                       Attorneys for Plaintiffs 640 South
                                       Main Street Partners, LLC and HSC
                                       Properties LLC (Main Action)

Dated: January 13, 2012                BEST BEST & KRIEGER LLP

                                       By: _____
                                       G. ROSS TRINDLE III
                                       Attorneys for Defendant
                                       City of Los Angeles (Main Action)

Dated: January 13, 2012                GORDON & REES, LLP

                                       By: _____
                                       JOSHUA B. WAGNER
                                       Attorneys for Counter-Defendant
                                       640 South Main Street Partners, LLC

Dated: January 13, 2012                LEGAL AID FOUNDATION OF LOS ANGELES

                                       BY: _____
                                       BARBARA SCHULTZ
                                       Attorneys for Counterclaimants
                                       Alvin Taylor, Saverio Maniscalco
                                       And LA CAN

Dated: January 13, 2012                ECOFF - BLUT, LLP

                                       BY: _____
                                       LAWRENCE E. ECOFF, ESQ.
                                       Attorneys for Counter-Defendant
                                       HSC Properties, LLC

So stipulated and agreed:

Dated: January 13, 2012        AUGUSTINI LAW OFFICES

By: _____
ALFRED E. AUGUSTINI
Attorneys for Plaintiffs 640 South
Main Street Partners, LLC and HSC
Properties LLC (Main Action)

Dated: January 13, 2012        BEST BEST & KRIEGER LLP

By: _____
G. ROSS TRINDLE III
Attorneys for Defendant
City of Los Angeles (Main Action)

Dated: January 13, 2012        GORDON & REES, LLP

By: _____
JOSHUA B. WAGNER
Attorneys for Counter-Defendant
640 South Main Street Partners, LLC

Dated: January 13, 2012        LEGAL AID FOUNDATION OF LOS ANGELES

BY: _____
BARBARA SCHULTZ
Attorneys for Counterclaimants
Alvin Taylor, Saverio Maniscalco
And LA CAN

Dated: January 13, 2012        ECOFF - BLUT, LLP

BY: _____
LAWRENCE E. ECOFF, ESQ.
Attorneys for Counter-Defendant
HSC Properties, LLC

- 3 -

STIUPLATION EXTENDING OSC DATE RE DISMISSAL

1
2  So stipulated and agreed:
3
4  Dated: January 13, 2012     AUGUSTINI LAW OFFICES
5
6                              By: _____
7                                 ALFRED E. AUGUSTINI
                                  Attorneys for Plaintiffs 640 South
8                                 Main Street Partners, LLC and HSC
                                  Properties LLC (Main Action)
9
10 Dated: January 13, 2012     BEST BEST & KRIEGER LLP
11
12                             By: _____
                                  G. ROSS TRINDLE III
13                                Attorneys for Defendant
                                  City of Los Angeles (Main Action)
14
15 Dated: January 13, 2012     GORDON & REES, LLP
16
17                             By: _____
                                  JOSHUA B. WAGNER
18                                Attorneys for Counter-Defendant
                                  640 South Main Street Partners, LLC
19
20 Dated: January 13, 2012     LEGAL AID FOUNDATION OF LOS
                               ANGELES
21
22                             BY: _____
                                  BARBARA SCHULTZ
23                                Attorneys for Counterclaimants
                                  Alvin Taylor, Saverio Maniscalco
24                                And LA CAN
25 Dated: January 13, 2012     ECOFF - BLUT, LLP
26
27                             BY: _____
                                  LAWRENCE E. ECOFF, ESQ.
28                                Attorneys for Counter-Defendant
                                  HSC Properties, LLC