Barbara Schultz, Esq. (SBN: 168766)
LEGAL AID OF LOS ANGELES
1550 W. 8th Street
Los Angeles, CA 90017
(213) 640-3823
Attorney for Counterclaimants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| 640 SOUTH MAIN STREET PARTNERS, LLC, HSC PROPERTIES, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV08-03611 |
| v. | |
| CITY OF LOS ANGELES | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☑ The Counterclaim brought by Claimant(s) <u>LACAN, ALVIN TAYLOR and SAVERIO MANISCALCO</u> is are dismissed by Claimant(s) in its entirety. and with prejudice, with all parties bearing their own attorney fees.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

1/12/12
Date

Signature of Attorney/Party
Barbara Schultz, Attorney for all Counterclaimants

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

**PROOF OF SERVICE**

I, the undersigned, hereby certify and declare:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, #321, Los Angeles, CA 90071. On January 17, 2012, the undersigned served a true and correct copy of:

**REQUEST FOR DISMISSAL - INTERVENORS**

**BY U.S. MAIL:** I placed a true and correct copy of the document listed above, enclosed in a sealed envelope, addressed to each addressee, with postage thereon fully prepaid, and that such envelope was placed for collection and mailing on that date following ordinary business practices.

**BY E-MAIL:** Personally transmitting the document(s) via electronic service to the e-mail addresses set forth below on this date

| | |
|---|---|
| **Barbara Schultz, Esq.**<br>**Legal Aid Foundation of Los Angeles**<br>1550 W. 8th Street<br>Los Angeles, CA 90017-4316<br>bschultz@lafla.org | **Deborah Drooz**<br>**Brownstein Hyatt Farber Schreck LLP**<br>2029 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>DDrooz@bhfs.com |
| **Gordee, Nowicki & Augustini LLP**<br>**Jeff Augustini, Esq.**<br>8105 Irvine Center Drive Ste. 870<br>Irvine, CA 92618<br>jaugustini@gna-law.com | **Brant H. Dveirin, Esq.**<br>**G. Ross Trindle III, Esq.**<br>**Best Best & Krieger LLP**<br>300 South Grand Ave, 25th Flr<br>Los Angeles, CA 90071<br>Brant.dveirin@bbklaw.com |
| **Joshua B. Wagner, Esq.**<br>**Christopher R, Murphy, Esq.**<br>**Sat Sang S. Khalsa**<br>**Gordon & Rees LLP**<br>633 West Fifth Street<br>52nd Floor<br>Los Angeles, CA 90071<br>jwagner@gordonrees.com<br>cmurphy@gordonrees.com<br>skhalsa@gordonrees.com | **Lawrence C. Ecoff, Esq.**<br>**Phillip H. R. Nevinny Esq.**<br>**ECOFF, BLUT, SALOMONS, LLP**<br>280 So. Beverly Drive, Suite 504<br>Beverly Hills, CA 90212<br>ecoff@ecofflaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2012, at Los Angeles, CA.

_Victoria La Vallis_         _[signature]_
Type or Print Name              Signature