```
1  BRANT H. DVEIRIN, Bar No. 130621
   Brant.Dveirin@bbklaw.com
2  G. ROSS TRINDLE, III, Bar No. 228654
   Ross.Trindle@bbklaw.com
3  WENDY Y. WANG, Bar No. 228923
   Wendy.Wang@bbklaw.com
4  BEST BEST & KRIEGER LLP
   300 South Grand Avenue, 25th Floor
5  Los Angeles, CA 90071
   Telephone: (213) 617-8100
6  Telecopier: (213) 617-7480

7  Attorneys for Defendant
   CITY OF LOS ANGELES
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | Case No. 2:08-CV-03611 DDP (AGRx) <br><br> **JOINT STIPULATION BY ALL PARTIES FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| LA CAN, a non-profit corporation, ALVIN TAYLOR, and SAVIERO MANISCALO, individuals, <br><br> Counterclaimants, <br><br> v. <br><br> 640 SOUTH MAIN STREET PARTNERS, LLC, and HSC PROPERTIES, LLC, <br><br> Counterdefendants. | Trial:  July 10, 2012 <br><br> Action Filed:  May 5, 2008 <br> Action Removed:  June 3, 2008 |

WHEREAS, on May 5, 2008, Plaintiffs 640 South Main Street Partners, LLC and HSC Properties, LLC (collectively, "Plaintiffs") filed their Complaint against Defendant City of Los Angeles ("Defendant") in the state court;

WHEREAS, on June 3, 2008, Plaintiffs removed the above-captioned action to this Court;

WHEREAS, on November 14, 2008, Plaintiffs filed the First Amended Complaint;

WHEREAS, on October 20, 2008, Counter-Claimants LA CAN, Alvin Taylor, and Saviero Maniscalo (collectively, "Counter-Claimants") filed their Counterclaim against Counter-Defendants 640 South Main Street Partners, LLC and HSC Properties, LLC (collectively, "Counter-Defendants") in this Court;

WHEREAS, Plaintiffs and Defendant have entered into a settlement agreement providing for dismissal of all remaining claims in the First Amended Complaint, with the parties bearing their own respective legal fees and costs;

WHEREAS, Counter-Claimants and Counter-Defendants have also reached a settlement and wish to dismiss all remaining claims with prejudice in the related Counterclaim; with the parties bearing their own respective legal fees and costs.

**IT IS HEREBY STIPULATED** by and between 640 South Main Street Partners, LLC, HSC Properties, LLC, and City of Los Angeles; and LA CAN, Alvin Taylor, and Saviero Maniscalo that:

1. The First Amended Complaint is dismissed in its entirety, with prejudice;

2. The Counterclaim is dismissed in its entirety, with prejudice; and

3. 640 South Main Street Partners, LLC, HSC Properties, LLC, City of Los Angeles, LA CAN, Alvin Taylor, and Saviero Maniscalo shall each bear their own attorney fees and costs incurred in connection with the above-captioned actions.

```
 1  Dated:  January 31, 2012          BEST BEST & KRIEGER LLP
 2
 3                                    By: /s/ Wendy Wang
                                          BRANT H. DVEIRIN, ESQ.
 4                                        G. ROSS TRINDLE, III, ESQ.
                                          WENDY Y. WANG, ESQ.
 5                                        Attorneys for Defendant,
                                          CITY OF LOS ANGELES
 6
 7  Dated:  January 31, 2012          AUGUSTINI LAW OFFICES
 8
                                      By:
 9                                        ALFRED E. AUGUSTINI, ESQ.
                                          Attorneys for Plaintiffs,
10                                        640 SOUTH MAIN STREET
                                          PARTNERS, LLC and HSC
11                                        PROPERTIES, LLC
12  Dated:  January 31, 2012          GORDON & REES, LLP
13
14                                    By:
                                          JOSHUA B. WAGNER, ESQ.
15                                        Attorneys for Counter-Defendant,
                                          640 South Main Street Partners, LLC
16
17  Dated:  January 31, 2012          ECOFF, LAW & SALOMONS, LLP
18
19                                    By:
                                          LAWRENCE E. ECOFF, ESQ.
20                                        PHILIP NEVINNY, ESQ.
                                          Attorneys for Counter-Defendant,
21                                        HSC Properties, LLC
22  Dated:  January 31, 2012          LEGAL AID FOUNDATION OF LOS
                                      ANGELES
23
24
                                      By:
25                                        BARBARA J. SCHULTZ, ESQ.
                                          Attorneys for Counter-Claimants,
26                                        Alvin Taylor, Saverio Maniscalco,
                                          and LA CAN
27
28
```

```
 1  Dated:  January 31, 2012          BEST BEST & KRIEGER LLP
 2
 3                                    By: _____
                                          BRANT H. DVEIRIN, ESQ.
 4                                        G. ROSS TRINDLE, III, ESQ.
                                          WENDY Y. WANG, ESQ.
 5                                        Attorneys for Defendant,
                                          CITY OF LOS ANGELES
 6
    Dated:  January 31, 2012          AUGUSTINI LAW OFFICES
 7
 8
                                      By: _____
 9                                        ALFRED E. AUGUSTINI, ESQ.
                                          Attorneys for Plaintiffs,
10                                        640 SOUTH MAIN STREET
                                          PARTNERS, LLC and HSC
11                                        PROPERTIES, LLC

12  Dated:  January 31, 2012          GORDON & REES, LLP
13
14
                                      By: _____
15                                        JOSHUA B. WAGNER, ESQ.
                                          Attorneys for Counter-Defendant,
16                                        640 South Main Street Partners, LLC

17  Dated:  January 31, 2012          ECOFF, LAW & SALOMONS, LLP
18
19                                    By: _____
                                          LAWRENCE E. ECOFF, ESQ.
20                                        PHILIP NEVINNY, ESQ.
                                          Attorneys for Counter-Defendant,
21                                        HSC Properties, LLC

22  Dated:  January 31, 2012          LEGAL AID FOUNDATION OF LOS
                                      ANGELES
23
24
                                      By: _____
25                                        BARBARA J. SCHULTZ, ESQ.
                                          Attorneys for Counter-Claimants,
26                                        Alvin Taylor, Saverio Maniscalco,
                                          and LA CAN
27
28
```

| | | |
|---|---|---|
| Dated: | January 31, 2012 | BEST BEST & KRIEGER LLP |

By: _____
BRANT H. DVEIRIN, ESQ.
G. ROSS TRINDLE, III, ESQ.
WENDY Y. WANG, ESQ.
Attorneys for Defendant,
CITY OF LOS ANGELES

| | | |
|---|---|---|
| Dated: | January 31, 2012 | AUGUSTINI LAW OFFICES |

By: _____
ALFRED E. AUGUSTINI, ESQ.
Attorneys for Plaintiffs,
640 SOUTH MAIN STREET
PARTNERS, LLC and HSC
PROPERTIES, LLC

| | | |
|---|---|---|
| Dated: | January 31, 2012 | GORDON & REES, LLP |

By: _/s/_____
JOSHUA B. WAGNER, ESQ.
Attorneys for Counter-Defendant,
640 South Main Street Partners, LLC

| | | |
|---|---|---|
| Dated: | January 31, 2012 | ECOFF, LAW & SALOMONS, LLP |

By: _____
LAWRENCE E. ECOFF, ESQ.
PHILIP NEVINNY, ESQ.
Attorneys for Counter-Defendant,
HSC Properties, LLC

| | | |
|---|---|---|
| Dated: | January 31, 2012 | LEGAL AID FOUNDATION OF LOS ANGELES |

By: _____
BARBARA J. SCHULTZ, ESQ.
Attorneys for Counter-Claimants,
Alvin Taylor, Saverio Maniscalco,
and LA CAN

| | | |
|---|---|---|
| Dated: | January 31, 2012 | BEST BEST & KRIEGER LLP |

By: _____
BRANT H. DVEIRIN, ESQ.
G. ROSS TRINDLE, III, ESQ.
WENDY Y. WANG, ESQ.
Attorneys for Defendant,
CITY OF LOS ANGELES

| | | |
|---|---|---|
| Dated: | January 31, 2012 | AUGUSTINI LAW OFFICES |

By: _____
ALFRED E. AUGUSTINI, ESQ.
Attorneys for Plaintiffs,
640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC

| | | |
|---|---|---|
| Dated: | January 31, 2012 | GORDON & REES, LLP |

By: _____
JOSHUA B. WAGNER, ESQ.
Attorneys for Counter-Defendant,
640 South Main Street Partners, LLC

| | | |
|---|---|---|
| Dated: | January 31, 2012 | ECOFF, LAW & SALOMONS, LLP |

By: _____
LAWRENCE E. ECOFF, ESQ.
PHILIP NEVINNY, ESQ.
Attorneys for Counter-Defendant,
HSC Properties, LLC

| | | |
|---|---|---|
| Dated: | January 31, 2012 | LEGAL AID FOUNDATION OF LOS ANGELES |

By: _____
BARBARA J. SCHULTZ, ESQ.
Attorneys for Counter-Claimants,
Alvin Taylor, Saverio Maniscalco, and LA CAN

| | | | |
|---|---|---|---|
| 1 | Dated: | January 31, 2012 | BEST BEST & KRIEGER LLP |
| 2 | | | |
| 3 | | | By:_____ |
| 4 | | | BRANT H. DVEIRIN<br>G. ROSS TRINDLE, III<br>WENDY Y. WANG |
| 5 | | | Attorneys for Defendant,<br>CITY OF LOS ANGELES |
| 6 | | | |
| 7 | Dated: | January 31, 2012 | AUGUSTINI LAW OFFICES |
| 8 | | | |
| 9 | | | By:_____<br>ALFRED E. AUGUSTINI |
| 10 | | | Attorneys for Plaintiffs,<br>640 SOUTH MAIN STREET |
| 11 | | | PARTNERS, LLC and HSC<br>PROPERTIES, LLC |
| 12 | Dated: | January 31, 2012 | GORDON & REES, LLP |
| 13 | | | |
| 14 | | | By:_____ |
| 15 | | | JOSHUA B. WAGNER ESQ.<br>Attorneys for Counter-Defendant, |
| 16 | | | 640 South Main Street Partners, LLC |
| 17 | Dated: | January 31, 2012 | ECOFF, LAW & SALOMONS, LLP |
| 18 | | | |
| 19 | | | By:_____<br>LAWRENCE E. ECOFF, ESQ. |
| 20 | | | PHILIP NEVINNY, ESQ.<br>Attorneys for Counter-Defendant, |
| 21 | | | HSC Properties, LLC |
| 22 | Dated: | January 31, 2012 | BROWNSTEIN HYATT FARBER<br>SCHRECK, LLP |
| 23 | | | |
| 24 | | | By: /s/ _____ |
| 25 | | | DEBORAH DROOZ, ESQ.<br>BARBARA SCHULTZ, ESQ. |
| 26 | | | Attorneys for Counter-Claimants,<br>Alvin Taylor, Saverio Maniscalco, |
| 27 | | | and LA CAN |
| 28 | | | |