| | |
|---|---|
| 1  BRANT H. DVEIRIN, Bar No. 130621<br>   Brant.Dveirin@bbklaw.com<br>2  G. ROSS TRINDLE, III, Bar No. 228654<br>   Ross.Trindle@bbklaw.com<br>3  WENDY Y. WANG, Bar No. 228923<br>   Wendy.Wang@bbklaw.com<br>4  BEST BEST & KRIEGER LLP<br>   300 South Grand Avenue, 25th Floor<br>5  Los Angeles, CA  90071<br>   Telephone: (213) 617-8100<br>6  Telecopier: (213) 617-7480 | JS-6 |

Attorneys for Defendant
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 640 SOUTH MAIN STREET PARTNERS, LLC and HSC PROPERTIES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES,<br><br>    Defendant. | Case No.  CV 08-03611 DDP (AGRx)<br><br>**ORDER GRANTING DISMISSAL** |
| LA CAN, a non-profit corporation, ALVIN TAYLOR, and SAVIERO MANISCALO, individuals,<br><br>    Counterclaimants,<br><br>    v.<br><br>640 SOUTH MAIN STREET PARTNERS, LLC, and HSC PROPERTIES, LLC,<br><br>    Counterdefendants. | Trial:           July 10, 2012<br><br>Action Filed:    May 5, 2008<br>Action Removed: June 3, 2008 |

# **ORDER**

Based on the Joint Stipulation of Dismissal by and between Plaintiffs and Counter-Defendants 640 South Main Street Partners, LLC and HSC Properties, LLC, Defendant City of Los Angeles, and Counter-Claimants LA CAN, Alvin Taylor, and Saviero Maniscalo, and for good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The First Amended Complaint filed by Plaintiffs against Defendant be dismissed, with prejudice;

2. The Counterclaim filed by Counter-Claimants against Counter-Defendants be dismissed, with prejudice; and

3. Each party to bear its own respective attorney's fees and costs related to the actions.

**IT IS SO ORDERED.**

Dated:   February 03, 2012

*[signature]*

UNITED STATES DISTRICT JUDGE